UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/19
```

UNITED STATES OF AMERICA *ex rel.* BRUTUS TRADING, LLC,

        Plaintiffs,

v.

STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, and STANDARD CHARTERED TRADE SERVICES CORPORATION,

        Defendants.

18 Civ. 11117 (PAE)

## ORDER

The United States of America (the "United States") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED THAT:

1.    The complaint shall be unsealed 30 days after entry of this Order. In the event that plaintiff-relator has not moved to dismiss the action, service upon defendants by plaintiff-relator shall be authorized at that time. If plaintiff-relator seeks to voluntarily dismiss the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure before serving defendants, plaintiff-relator may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

2.    The Notice of Election to Decline Intervention filed by the United States shall be served by plaintiff-relator upon defendants only after service of the complaint.

3.    All documents previously filed in this action shall remain under seal and not be made public, except for, 30 days after the date of entry of this Order, plaintiff-relator's *qui tam* complaint, this Order, and the United States' Notice of Election to Decline Intervention.

4. Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action subsequent to the entry of this Order.

5. The parties shall serve all pleadings, motions, and notices of appeal filed in this action, including supporting memoranda and materials, upon the United States. The United States may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time or to seek dismissal of this action.

6. All orders of this Court shall be sent to the United States by plaintiff-relator.

7. Should plaintiff-relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the party or parties proposing such relief will solicit the written consent of the United States before applying to the Court for such relief.

SO ORDERED:     3/20/19

_Paul A. Engelmayer_
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE