**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States ex rel. Brutus Trading, LLC v. Standard Chartered Bank, et al.*, No. 18 Civ. 11117 (PAE)

Dear Judge Engelmayer:

    I write respectfully on behalf of the United States of America (the "Government") in this action filed by relator Brutus Trading, LLC, pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, in response to the Court's order of October 25, 2019 [ECF No. 25]. The parties previously asked the Court [ECF No. 24] to consider unsealing the relator's original complaint in its first *qui tam* action, *United States ex rel. Brutus Trading, LLC v. Standard Chartered Bank*, No. 12 Civ. 9160 (KBF). The Court indicated that it would unseal the complaint, but inquired as to the date of the complaint and its ECF docket number. The complaint was filed on December 17, 2012, and is likely the first or close-to-first docket entry in that case, but the parties do not know the exact docket number associated with this pleading as the public docket entries do not indicate which sealed document corresponds to each entry.

    We thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   s/Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

10/28/19

The Clerk of Court is respectfully directed to unseal the original complaint, filed on December 17, 2012, in the related (and now closed) matter: 12-cv-9160 (KBF). SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

cc:   Counsel for Relator
      Counsel for Defendants
      BY ECF