UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* BRUTUS TRADING, LLC,

　　　　Plaintiffs,

vs.

STANDARD CHARTERED BANK, STANDARD CHARTERED BANK PLC and STANDARD CHARTERED TRADE SERVICES CORPORATION,

　　　　Defendants.

---

12 Civ. 9160 (KBF)

**UNSEALING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 10 2017

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action hereafter, except that the United States of America may request to make further filings under seal in this matter, to the extent its filings discuss non-public information and the Government makes a showing, with respect to each such filing, that under seal treatment is appropriate.

2. All documents filed before the date of this Order shall remain under seal, except for the relator's First Amended Complaint, which was filed on or about November 14, 2014.

3. All proceedings in this matter are stayed until June 30, 2017, or further order of the Court.

4. A conference with the Court is set for July 28, 2017, at 9:00 am.

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

5/10/17