JOON H. KIM
Acting United States Attorney for the
Southern District of New York
By:     JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2679
Facsimile:  (212) 637-2686
Email: jean-david.barnea@usdoj.gov

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRUTUS TRADING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STANDARD CHARTERED BANK, STANDARD CHARTERED BANK PLC and STANDARD CHARTERED TRADE SERVICES CORPORATION,<br><br>Defendants. | 12 Civ. 9160 (KBF) |

**NOTICE OF THE UNITED STATES THAT
IT IS NOT INTERVENING AT THIS TIME**

By Order dated July 7, 2017 [ECF No. 23], the Court lifted the stay of litigation in this case.  The United States has not determined, as of this time, that it will proceed with the action.  Accordingly, the United States hereby notifies the Court that it is not intervening at this time.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that the parties serve all pleadings filed in this action upon it. The United States reserves its right to attend any depositions, order any deposition transcripts, and to intervene in this action, for good cause, at a later date.

Dated:  New York, New York
        July 14, 2017

>                           JOON H. KIM
>                           Acting United States Attorney for the
>                           Southern District of New York
>
> By:    s/Jean-David Barnea
>        JEAN-DAVID BARNEA
>        Assistant United States Attorney
>        86 Chambers Street, Third Floor
>        New York, New York 10007
>        Telephone: (212) 637-2679
>        Facsimile:  (212) 637-2686
>        E-mail:  jean-david.barnea@usdoj.gov

To:    Counsel for Relator (by ECF)
       Counsel for Defendants (by electronic mail)