```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA, ex rel.                            :
BRUTUS TRADING, LLC,                                         :
                                                             :
                                     Plaintiff,              :
                                                             :
                    -v-                                      :
                                                             :
STANDARD CHARTERED BANK,                                     :
STANDARD CHARTERED PLC, and                                  :
STANDARD CHARTERED TRADE SERVICES                            :
CORPORATION,                                                 :
                                                             :
                                     Defendants.             :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 26, 2017

12-cv-9160 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed during the status conference held on July 25, 2017, the following schedule is in place:

1. Defendant's response to the amended complaint shall be filed not later than **September 25, 2017**;

2. Plaintiff's opposition to any motion to dismiss shall be filed not later than **October 25, 2017**;

3. Defendant's reply shall be filed not later than **November 9, 2017;**

4. Discovery is now stayed. The parties shall submit a proposed scheduling order not later than **January 10, 2018**;

5. The parties shall appear for an in-person status conference on **January 12, 2018 at 10 a.m**.

If defendant files an answer rather than a motion to dismiss on September 25, 2017, the Court may advance the January 12, 2017 conference to an earlier date.

SO ORDERED.

Dated:   New York, New York
         July 26, 2017

_____
KATHERINE B. FORREST
United States District Judge