

**NEW YORK STATE DEPARTMENT of FINANCIAL SERVICES**

Andrew M. Cuomo
Governor

Benjamin M. Lawsky
Superintendent

December 20, 2012

**By Electronic Mail**

H. Rodgin Cohen, Esq.
Samuel W. Seymour, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004

Re: *Standard Chartered Bank*

Dear Messrs. Cohen and Seymour:

The New York State Department of Financial Services ("DFS" or the "Department") has received certain information regarding your client, Standard Chartered Bank ("SCB"), which, if accurate, raises serious concerns for the Department. The information, if accurate, indicates that SCB was until recently more extensively involved in U.S. dollar clearing activities in New York on behalf of Iranian entities than SCB previously disclosed to DFS. This information relates to possible misconduct beyond "wire stripping," and raises the specter that SCB may have also performed illegal dollar clearing services on behalf of other sanctioned entities, none of which the September Consent Order addressed.

Accordingly, in order to determine whether a full scale investigation into the matter is necessary, we request a meeting on January 10, 2013, to receive a comprehensive presentation in response to the questions posed on the annexed agenda. We emphasize that this meeting is intended only as a preliminary discussion in what could result in extensive proceedings.

Consequently, the Department directs SCB to maintain the integrity of, and access to, all documents, including but not limited to, books, records, reports, minutes, audit information, data files, emails, correspondence, memoranda, transaction documents, presentations, manuals, training materials, marketing materials, customer lists, employee compensation files and other historical materials that directly or indirectly document U.S. dollar clearing activities by SCB involving any country, entity, or individual who was subject to OFAC sanctions during the period January 1, 2002, to the present. This instruction applies to SCB's global operations.

Thank you for your cooperation. If you have any questions, do not hesitate to contact us.

Very truly yours,

Daniel S. Alter
General Counsel

Cc: Gaurav Vasisht

**Exhibit 8**

## Agenda for SCB's January 10, 2012, Presentation to DFS

- "Project Green" – please describe and explain the formation, purpose, design, staff structure, period of operation, and current status of Project Green. The information should identify the SCB officers primarily responsible for Project Green (including but not limited to Stuart Horsewood, Vikram Kukreja and Hira Tauqeer Akbar), the members of SCB's senior management team who have been involved in oversight and bank policy related to Project Green, and all SCB clients' assisted by procedures implemented pursuant to Project Green.

- "Transaction Bank Sundry Foreign Exchange Account" – please describe the origin and function of this account and any relationship that it might have to the operations of SCB's New York Branch.

- "OLT3 System" – please describe the origin, operation, and function of this system and any relationship that it might have to the operations of SCB's New York Branch.

- "Straight 2 Bank" or "S2B System" – please describe the origin, operation, and function of this system and any relationship that it might have to the operations of SCB's New York Branch.

- "SCI Customer ID Number" – please describe the origin, operation, and function of this system and any relationship that it might have to the operations of SCB's New York Branch. Also, for the period January 1, 2002 to the present, please identify the name and SCI Customer ID Number of any SCB client that has been designated by OFAC as a Specially Designated National ("SDN").

- "Export Finance Transaction" – please describe the general nature and structure of such transactions, and the types of customer services that SCB provides in connection with them. Also, for the period January 1, 2002 to the present, please identify any SCB Export Finance Transaction involving U.S. dollar clearing services and any SCB client that has been designated by OFAC as an SDN.

- "Structured Trade Finance Transaction" – please describe the general nature and structure of such transactions, and the types of customer services that SCB provides in connection with them. Also, for the period January 1, 2002 to the present, please identify any SCB Structured Trade Finance Transaction involving U.S. dollar clearing services and any SCB client that has been designated by OFAC as an SDN.

- "Letter of Credit Transaction" – please describe the general nature and structure of such transactions, and the types of customer services that SCB provides in connection with them. Also, for the period January 1, 2002 to the present, please identify any SCB Letter of Credit Transaction involving U.S. dollar clearing services and any SCB client that has been designated by OFAC as an SDN.

- "Cash Management Transaction" – please describe the general nature and structure of such transactions, and the types of customer services that SCB provides in connection with them. Also, for the period January 1, 2002 to the present, please identify any SCB Cash Management Transaction involving U.S. dollar clearing services and any SCB client that has been designated by OFAC as an SDN.

- "Lebanese Coursing Transaction" – please describe the general nature and structure of such transactions, and the types of customer services that SCB provides in connection with them. Also, for the period January 1, 2002 to the present, please identify any SCB Lebanese Coursing Transaction involving U.S. dollar clearing services and any SCB client that has been designated by OFAC as an SDN, including but not limited to Iranian, Syrian, Lebanese, and Libyan entities or individuals.

- "On-line Trading and Foreign Exchange Trading Limits" – please describe any system or service that permits SCB clients to execute foreign exchange transactions within pre-approved U.S. dollar limits by independently and remotely accessing SCB's exchange and trading systems. Also, for the period January 1, 2002 to the present, please identify any client for which SCB has provided such service and that has been designated by OFAC as an SDN. Further, please provide the specific number of transactions and respective notional amounts for each such SCB client.