| Entity | Determination | Rationale | Google | World-Check | Bankers Almanac | Results from FCR Master List - with comments | FCR Result/Confirmation | Master Number | Markers placed |
|---|---|---|---|---|---|---|---|---|---|
| ACME GENERAL TRADING | N | No indication of Iranian ownership or presence. Entity is located in Dubai but does not appear to do Iranian business | http://www.acme-world.com/about-us | No results | | Accounts opened in 2002 and closed in 2007, Company is overseas Client residing or operating in Iran (as per KYC document). KYC document also states sale to Iran against letters of credit. Mail communication found to place IRA marker - Nov 2006. Parent company in Iran | Yes | 2573059 | IRA - 11/ May 2006 - Accounts closed in 2007 |
| ACT GENERAL TRADING | N | No hits. Results indicate it is located in Dubai. | Possible match. http://www.ameinfo.com/db-297662.html | ACT GENERAL TRADING: Negative | | | Yes | 2147777 | IRA - 2 Nov BLI - 3 Sep 07 |
| ACTIS CIB (MAURITIUS) LIMITED | N | It was determined that ACTIS has invested in the Commercial International Bank. It will need to be determined to what exten, if any, Commercail International Bank deals with Iran as it appears to be the largest single shareholder-CIB is non-Iranian per due diligence elsewhere on sheet (BSB) | http://www.ameinfo.com/203088.html | ACTIS CIB: Negative | | Entity is rgistered in Mauritius. Ownership structure of company does not indicate that it is owned by an Iranian party | No SH JG confirmed | 4225619 | NA |
| AL MASKAN | UTD | Found Al Maskan real estate that is part of the Sharaf Group. The Sharaf Group does business in Iran. Furthermore, there is not enough information to determine whether this is an individual or name/part name of an entity. | UTD | AL MASKAN: Negative | | 49% shareholder is an Iranian party and parent company is domiciled in Iran (hence Iranian party per SCB definitions). However, all accounts closed 1 Nov 2007 | Yes | 4686632 | Accounts closed November 2007 |
| AL MULLA INTERNATIONAL EXCHANGE COMPANY WLL | N | No indication of Iranian ownership or presence. Entity is located in Kuwait but does not appear to do Iranian business | http://www.almullagroup.com/profile/profile.aspx | No results | | Kuwaiti registered company and owned by Kuwati parties | No SH JG confirmed | 4215346 | NA |
| ALSHAYA UNITED CO WLL | N | Could not be postiviely excluded do to potential relationship with Alshaya Solutions which is a distributor in Iran. | There appear to be no direct connections with Iran http://www.alshaya.com/company/company/operating-countries/; however, research on Alshaya returned an Alshaya Solutions which may be a subsidiary of the larger Alshaya. | ALSHAYA UNITED: Negative Al SHAYA UNITED: Negative | | Kuwaiti registered company and owned by Kuwati parties | No SH JG confirmed | 3294420 | NA |
| AMESCO FZE | N | While it appears that all the companies associated with Amesco are located outisde Iran, there is the potential that this entity is dealing with Iran. | Website: http://www.amesco.ae/ Possible link to Iran found through Khazar Sea Shipping Lines at http://www.iranwatch.org/suspect/records/khazar-sea-shipping-lines.html and http://www.made-in-china.com/traderoom/amesco. Based on these potential matches, AMESCO could not be positively excluded for having potential connections to Iran | AMESCO: Negative | | UAE based entity. Whilst they are not an Iranian party, 15% of their sales is to Iran. Sanctions Questionnaire prepared, WBRRRC approval obtained. Iranian sales proceeds are managed through other counters i.e. not SCB. However, following concerns noted in Project Daktari, this case was extensively discussed with Business and the client. Client has provided a written declaration (Dated 29 Jan 2013) that they have stopped all sales to Iranian companies as well as shipments to Iran since early 2009. They also noted that they do not accept payment nor receipt of Letters of Credit from Iran. | No SH JG confirmed | 4580451 | NA |
| APM INTERNATIONAL FZE | N | Company has a business address in Dubai, and links to Iran could not be found. | Business address is located in Dubai. Found an APM International Company that may deal with Iran; however, it appears that these companies are not related. | APM INTERNATIONAL: Negative ARCHIMIDIS: Negative ODON & ODOSTOMATON: Negative | | Determined as an Iranian party in 2007 itself (IRA | Yes | 2815079 | IRA - 23 Oct 05 BLI - 3 Sep 07 |

Exhibit 18

| Entity | Determination | Rationale | Google | World-Check | Bankers Almanac | Results from FCR Master List - with comments | FCR Result/Confirmation | Master Number | Markers placed |
|---|---|---|---|---|---|---|---|---|---|
| ARAB NATIONAL BANK | N | No indication of Iranian ownership, presence, or business. | "Arab national bank": Negative<br>"Arab national bank" iran: Negative<br>"Arab national bank" iran: Negative | Arab National Bank: No matches<br>Arab Banking Corporation: Negative<br>Arab Bank plc: Negative | Arab National Bank: Negative<br>Arab Bank plc: Negative | Arab Bank PLc (40%) and Saudi Shareholders (60%) are the shareholders of the company | No | 6 x accou | NA |
| ARAB PETROLEUM INVESTMENTS CORPORATION | N | No indication of Iranian ownership or presence. Entity is located in Saudi Arabia and Bahrain but does not appear to do Iranian business | APICORP: http://www.apic.com/<br>APICORP Iran: Negative | Arab multilateral development bank (Nov 1975 - ). Ownership: Saudi Arabia (17%), United Arab Emirates (17%), Kuwait (17%), Libya (15%), Qatar (10%), Iraq (10%), Algeria (5%), Bahrain (3%), Egypt (3%) and Syria (3%) | | Arab Petroleum Investments Corporation (APICORP) is an FI client of SCB, headquartered in Kingdom of Saudi Arabia. The entity is owned by various Governments in the Middle East including KSA, UAE, Qatar, Kuwait, Iraq, Algeria etc | No | Relationship in Bahrain | NA |
| ARCHIRODON CONSTRUCTION | N | There were no contacts found with Iran. It was formed as a joint venture of two Greek firms. | Google returned a website http://www.archirodon.net/; there appear to be no offices or other contacts with Iran. | ARCHIRODON CONSTRUCTION: Negative | | Branch of a Panamanian registered company with registered office in Netherlands. Shareholders are non-Iranian parties | No | 2280825 | NA |
| ARJOMANDI GENERAL TRADING LTD. CO | UTD | There are no apparent links with Iran. | Google found no links to Iran. It appears to be located in Dubai; however, the larger company ARJOMANDI GROUP OF COMPANIES appears to be owned by an Iranian family. | ARJOMANDI GENERAL TRADING: Negative<br>ARJOMANDI: Negative | | ARJOMANDI GEN TR.LTD.CO is a UAE based entity operating out of SHARJAH INDUSTRIAL AREA 15, BEHIND MALIHA ROAD, WAREHOUSE NO. 1, OWNED BY ABDUL RAHIM MOHAMMED AL HABBAI, P.O BOX 40303, SHARJAH, UAE (as per T/L) established in 1990 engaged in the import of fruits and vegetables and distribution in UAE, GCC Countries and some european countries. Entity owned by the Arjomandi family residing at Sharjah, UAE.  Residency visa of partners contemporaneously valid till 2011.  According to Sanctions Questionnaire, they dealt substantially with parties in Iran and accordingly, account was scheduled for exit by end of 2010.  All accounts closed and relationship exited in Q1 2011.  Pls also see Iran and Dubai Co LLC | No | 6731813 | NA |
| ATTIJARIWAFA BANK | N | No indication of Iranian ownership, presence, or business. | Attijariwafa Bank: Negative<br>Attijariwafa Bank Iran: Negative | Attijariwafa: No matches | Attijarawafa Bank: (morocco) Negative | Bank / Financial Instition registered in Morocco, no evidence to ownership linked to Iran | No | 3239888 | NA |
| BADER ALMULLA & BROTHERS COMPANY WLL | N | This is an entity in Kuwait that is a subsidiary of an entity in Kuwait. | Al Mulla Group and the entity Bader Al Mulla & Brothers appears to be located in Kuwait (http://www.almullagroup.com/); however, it does appear through internet research that it does business to some extent in Iran. | BADER ALMULLA AND BROTHERS: Negative<br>Bader Almulla: Negative<br>Al Mulla Group: Negative | | Kuwati registered company and owned by Kuwati parties | No | 3294439 | NA |
| BANK KESHAVARZI | Known Iranian | | | | | | Yes | 4206207, 3235041, 4761529 | IRA 23 Oct 05<br>BLI 3 Sep 07 |
| BANK MARKAZI JOMHOURI ISLAMI IRAN | Known Iranian | | | | | SI No 18 in Master list | Yes | 2094045, 5492025, 2093472, 4281365, 4286723, 2094045, 2150123, 7541961 | IRA 23 Oct 05<br>BLI 3 Sep 07 and some Masters at other dates |
| BANK MASKAN | Known Iranian | | | | | | Yes | 4167708, 4772199, 3115666 | 3.9.07 and 7.11.07 BLI (except) 3115666 |

| Name | Status | Notes 1 | Notes 2 | Notes 3 | Notes 4 | Notes 5 | Match | Account | Dates |
|---|---|---|---|---|---|---|---|---|---|
| Bank Mellat | Known Iranian | | | | | | Yes | 9 x accou | IRAs 23 and 25 Oct 2005 BLI Sept and Nov 07 |
| Bank Melli Iran | Known Iranian | | | | | | Yes | 6 x accou | IRAs 23,27 and 29 Oct 05 BLIsOct and Nov 07 |
| BANK REFAH | Known Iranian | | | | | | Yes | 5 x accou | IRA 23.10.05 BLI Sept and Nov 07 |
| BANK SADERAT IRAN | Known Iranian | | | | | | Yes | 9 x accou | IRA 23 and 27 Oct 05 BLI 7 Nov 2007 (except 7508255) |
| BANK SANATMADAN | Known Iranian | | | | | Whilst we have unable to locate a client with this name, publicly available information suggests that SANAT MADAN BANK is an Iran Based bank located in the District of Valiasr-enghelab, Tehran, Iran. Another close name match found in the public domain which is "BANK SANAT VA MADAN" which is also known as Bank of Industry and Mine (Iran). | Yes | No relatio | NA |
| Bank Sepah-Iran | Known Iranian | | | | | | Yes | 9 x accou | IRA 23, 27 and 29 10 05 BLI 3 and 7 9.07 (except 2791897, 3298175, 5825431) |
| BANK TEJARAT (Tejerat) | Known Iranian | | | | | | Yes | 9 x accou | IRA 23 and 27 10 05 BLI 3.9.07, 7.11.07, 5.2.8 (except 3239713 IRA 26.1.12 BLI 26.1.12) |
| BANQUE D'ALGERIE | N | Not an Iranian Entity as it is the Central Bank of a country other than Iran and maintains no foreign offices | | | Banque D'Algerie: Central Bank & Regulator, Negative | 100% SHAREHOLDING BY GOVERNMENT OF ALGERIA | No | 2 x accou | NA |
| BEHSHAHR | PI | There is a high likelihood that this is an Iranian company as Behshahr is a city in the capital of Beshahr County, Mazandaran Province, Iran. | There is a high likelihood that this is an Iranian company as Behshahr is a city in the capital of Beshahr County, Mazandaran Province, Iran. | BEHSHAHR: Negative | | | Yes | 4159977 | IRA 23.10.05 BLI 3.9.07 |
| BILT MIDDLE EAST LLC | N | This appears to be a corporation that was incorporated in 1978 by the decree of the government in Dubai. | BILT Middle East LLC was incorporated in Dubai in 1978. Additionally the ABM Group could not be connected with Iran, although it is unclear whether ABM Group does business with Iran. | BILT MIDDLE EAST: Negative BILT: Negative Al Basti and Muktha: Negative AMB Group: Negative | | Incorporated in UAE and managed by Non Iranian Parties | No | 3118134 and 2432749 | NA |
| BLUE CALM MARINE SERVICES | Known Iranian | This is an Iranian company with its head office in Iran. | http://www.bluecalmmarineservices.net/contacts.html | Blue Calm Marine: Negative | | | Yes | 4298802 | IRA 30.10.06 and BLI 3.9.07 |

| Entity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BRIGHT CRESCENT TRADING CO. | N | No indication of Iranian ownership or presence. Entity is located in Dubai but does not appear to do Iranian business | http://companies.globalmarket.com/bright-crescent-trad | No Results | | KYC document suggests some business with Iranian parties. Beneficial owner had a company in Iran which was identified during internal review. Subsequently explanation and supporting documents provided that the company in Iran is dissolved.<br>IRA marker was placed in 2007 and subsequently removed in 2007.<br><br>In 2011, Bright Crescent may have attempted to access S2B from Iran. At that point in time, the RFT makers were placed on the USD account to exercise caution whilst the investigations were on. We also placed the names in filters.<br><br>Later, following substantial discussions with RM, we had no reason to conclude that the entity fell under the definition of 'Iranian Party' – however, a similar email address to that of an entity in Iran caused further discussions and the client confirmed that the entity in Iran was closed long ago. In summary, we do not have reasons to conclude that the entity is Iranian party. | No | 2269198 | IRA 22.3.07 removed November 07 |
| Cellimpex General Trading | N | The entity is based in Dubai with sales offices in Iran | Appears to be a Dubai based exporter and distributor of printing related material. It has sales offices in Iran (http://www.manufacturerss.com/company88302.html). Could not access site as it is blocked for potentially damaging content (http://cellimpex.com). | Cellimpex: Negative | | Accounts closed in Oct 2007 | Yes | 2815400 | IRA 23.10.05 no BLI as accounts closed in Oct 2007 |
| CENTRAL BANK OF BAHRAIN | N | Not an Iranian Entity as it is the Central Bank of a country other than Iran and maintains no foreign offices | | | Central Bank of Bahrain: Central Bank & Regulator, Negative | Regulator of Bahrain Financial Institutions | No | None | NA |
| CENTRAL BANK OF JORDAN, JORDAN | N | Not an Iranian Entity as it is the Central Bank of a country other than Iran and maintains no foreign offices | | | Central Bank of Jordan: Central Bank & Regulator, Negative | Regulator of Jordanian Financial Institutions | No | 2533782 | NA |
| COMMERCIAL INT. BANK (EGYPT), CAIRO | N | No indication of Iranian ownership, presence, or business. | Commercial International Bank: Negative<br>Commercial International Bank Iran: Negative<br>CIB Iran | Commercial International Bank: No true matches.<br>Commercial International: No true matches | Commercial International Bank (Egypt) SAE: Negative | Bank incorporated and headquartered in Egypt | No | 3198235 | NA |
| CONSPEL CONSTRUCTION SPEC | N | There were not many results found for Conspel Construction did found one site listed location of the company as in Liechtenstein when searched with Conspel Construction Specialist Limited | Search under Conspel Construction: Country shows Liechtenstein. Did not find other exact match on Conspel Construction | CONSPEL CONSTRUCTION: Negative<br>J &P Avax: Negative | | Registered office in Isle of Man, operating in the Kingdom of Saudi Arabia engaged in construction industry. Linked to A & P Group | No | 3174824 | NA |
| DODSAL PTE LIMITED | N | Several sites show address in UAE. | Google search shows compnay is in Abu Dhabi, UAE www.ameinfo.com Oil and Gas Extraction. Dodsal.com shows as in UAE as well. | No | | Parent company is DODSAL LTD incorporated in BVI, Registered address in Singapore | No | 2264226 and 3129101 | NA |
| DUBAI ALUMINIUM | N | This is possibly Dubai company that has some business in Iran. | www.alibaba.com shows country as Iran. Www.dubal.ae did not show location in Iran. Www.zawya.com show address as in Dubai, UAE. Inteceder.net/latest_new/Dubai-Aluminium-Company has Iranian tagged however cannot open the site, was blocked. | Yes. Apparently 100% state owned. | | 100% SHAREHOLDING BY GOVERNMENT OF DUBAI | No | 6 x accou | NA |
| DUBAI INVESTMENTS | N | No indication of Iranian ownership, presence, or business. | "Dubai Investments": Negative<br>"dubai investments" iran: Negative | Dubai Investments: No true match | | UAE based company. Listed in Dubai Financial Markets | No | 2775484 | NA |
| EGYPT LNG | N | Egyptian company | Match. http://www.egyptianlng.com/elng/ | No | | Whilst we have been unable to locate a client wit | No SH JG confirmed | No relations hip found | NA |

| Name | Status | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| EGYPTIAN METHANEX METHANOL CO. SAE | N | This is an Egyptian company. It appears that there are no dealings in Iran as well. | This entity appears to be located in Egypt. It is a joint venture (http://www.methanex.com/ourcompany/locations_egypt.html). | Methanex: Negative Egyptian Petrochemicals: Match as state owned (100%) Egyptian Natural Gas: Match as stated owned (100%) | | Whilst we have been unable to locate a client with this name, publicly availble information would suggest that this entity is Egyptian Methanex Methanol Company S.A.E. (EMethanex) which is the Egyptian joint venture operation of Methanex Corporation (listed on NASDAQ), the global leader in methanol industry supply, distribution and marketing. Methanex holds a 60% interest in the EMethanex joint venture, together with the Egyptian government partners: Egyptian Petrochemical Holding Company (ECHEM), which holds 12%; Egyptian Natural Gas Holding Company (EGAS), which holds 12%; Egyptian National Gas Company (GASCO), which holds 9% and the Arab Petroleum Investments Corporation (APICORP), which holds 7%. | No | No relationship found | NA |
| EL BEHERA NATURAL GAS LIQUEFACTION COMPANY | N | Serveral sites show business address in Egypt | Searche results show company in Cairo, Egypt | Egyptian Petrochemicals: | | Whilst we have been unable to locate a client with this name, publicly available information would suggest that this entity is linked to Egyptian LNG | No | No relationship found | NA |
| EMER AM LTD O/A NEWEDGE GRP LD | UTD | Unable to find exact match, no result for Emer AM. Newage Group is not in Iran. | Newedge Group: financial company has offices around the world but didn't see Iran listed on the website. Cannot find match for Emer am Ltd | No | | Whilst there are no conclusive match found for EMER AM LTD in the public domain, possible name match found for Newedge Group which suggests that Newedge offers leading global, multi-asset brokerage services across a broad range of listed and OTC derivatives and securities. | TBA | No relationship found | NA |
| EMIRATES GLASS | N | Several sites show business in Kuwait | //213.42.28.186/ekglass/index.php Emirates Glass LLC shows company is in Dubai, UAE | No | | UAE based company. Group Company in DUBAI INVESTMENTS, Listed in DFM | No | 2777541 | |
| EPPCO INTERNATIONAL | N | No indication of Iranian ownership or presence. Entity is located in Dubai but does not appear to do Iranian business. Subsidiary of Horizon Terminals which is subsidiary of ENOC, Emirates National Oil Company run by Govt. of Dubai. | http://www.horizon-terminals.com/htl/services_existing | No Iranian ownership indicated | | UAE based company . Group company is ENOC | No | 2225549 | NA |
| EQUATE PETRO CO | N | Several sites show business in Kuwait | www.miga.org show Investor country as USA, Host Country Kuwait. Www.equate.com shows company in serveral countries but Iran was not listed. | No | | The company owned by Petrochemicals Industries co, Kuwait & The Dow Chemical company, US 15% by Boubayan Petrochemical co, Kuwait and Qurain Petrochemical Industries, Kuwait | No | ? | NA |
| EXPORT DEVELOPMENT BANK OF IRAN | Known Iranian | | | | | | Yes | 4214455, 7078935, 4633008 | IRA 23.10.05, BLI 3.9.07 and 7.11.07 |
| FARAB INTERNATIONAL FZE | N | Several sites show business in Dubai | www.farab-intl.com shows company in Serilanka. The company establisehd in Dubai, UAE. | No | | | Yes | 4195612 and 2460831 | IRA 2.11.06 BLI 3.9.07 except 2460831 (neither) |
| FRICO IRAN CO. | Known Iranian | | http://www.frico.ir/en/home | FRICO: Negative | | Faravardehaye Roghanie Iran Co. ( FRICO ) is one of the Iranian edible oil production companies which was registered in 1993 for the purpose of carrying out industrial and commerical services in the Sirjan Special Economic Zone ( S.S.E.Z. ) | Yes | No relationship found | NA |
| GOLDBOX INVESTMENT | UTD | | "Goldbox Investment": May be HK-based "Goldbox investment" iran: No matches Goldbox Iran: Negative | Goldbox Investment: No match Goldbox: No match | | BVI based entity, master closed in 2006. No addition documents found however, all accounts closed in 2006 | TBA | 2260220 | Closed 2006 |

| Name | Status | Notes | Search Results | Match Info | | Determination | Iranian Party? | ID | Dates |
|---|---|---|---|---|---|---|---|---|---|
| GOURMET INTERNATIONAL LLC | N | Several sites show different address but none shows Iran. | www.gourmetint.com European company. Few other with similar names show up in CT, USA; DORAL, FL. When googled with Iran the company shows to be located in Dubai, UAE from AMEinfo.com | No | | Locally Incorporated company managed by British National. IRA was placed and subsequently removed. NN 18Apr - Have reviewed the docs again. Entity registered in UAE and owned by Mohammad Reza Khosrowshahi, a British national. Address provided as Al Marekhi Tower, 12th floor, Flat 1208, Dubai, UAE. Residency visa for owner available valid till 2009. DEWA bill also available as of Oct 2004. Whilst there is a statement of account from BSI Dubai dated Aug, there is no further reason to consider that the entity is an Iranian party. Additionally, there is an approval from Martin to remove IRA marker (July 2007) following confirmation that Reza is resident in UAE. | No | 2459094 | IRA 28.3.07 removed after consultation with GSA |
| HICO FZE | PI | Unable to clarify the extent of connection between Hico and Hirbodan. No indication Hico maintains offices in Iran or is owned by Iranians but analyst unsure of the effect of a joint venture with an Iranian company. | Hico FZE: Negative<br>Hico FZE Iran: Possible match - Hico FZE appears to have conducted a joint venture with Hirbodan, an Iranian company.<br>Hico Iran: Negative | Hico: Negative | | | Yes | 2520532 | IRA 23.10.05 BLI 3.9.07 |
| HILI GENERAL TRADING | UTD | Could not determine | | | | This name of the company appear to be have been changed as "HILI ALLIED OVERSEAS LLC". Company is incorporated in UAE owned by Iran national. CDD document suggests that the owner of the company has business interest in Iran and has there been in Iran since 1990 and was used to work with Iran Aluminium In Iran prior to commencing this business. Account have been closed in 2008. The visa got expired in 2006. | No - based on contemporaneous information (2006) | 2130319 | |
| IDRO INTERNATIONAL | Known Iranian | IDRO International Trading Company is an Exhibition Organizer company based in Tehran, Iran. World Check result is for a different entity, also located in Iran, which does go by IDRO but does not appear to use International, making the IDRO International Trading Company the appropriate match. | IDRO International: Match - IDRO International Trading Company - based in Iran.<br>IDRO Iran: Match - Same as above as well as match for Industrial Development and Renovation Organization of Iran<br>IDRO International Iran: Match - IDRO International Trading Company | IDRO: Match - Industrial Development and Renovation Organization of Iran | | | Yes | 4285956 | IRA 2.11.06 BLI 3.9.07 |
| IIE COMPANY (IRAN IND EXCH) | UTD | Although IIE Company has transacted business with Iran, there is no indication that the company maintains offices in Iran or has Iranian ownership. Company based in Dubai. | IIE Company: Negative<br>Iran Ind Exch: Negative<br>IIE Iran: Possible match - IIE Company is a trading company which imports from manufacturers in Iran and exports to Iran | IIE: Negative<br>Iran Ind Exch: Negative | | The customer is registered in UAE. However, the company's parent company is incorporated in Iran and one of the partners have their passports that of Iran. | Yes | 7056591 | IRA 22.3.07 BLI 3.9.07 |
| IMD CO. | UTD | KYC information likely required as initials are too vague to make proper determination about nature of company. | IMD Co: Possible match - multiple companies both within and outside of Iran use the initials in some form. Unable to determine which is the referenced company.<br>IMD Co Iran: Possible match - Several companies based in Tehran, Iran. Unable to determine which is referenced. | IMD: Negative | | Whilst, we are unable to locate a client with this name, a close name match found in Public domain in the name of IRAN I.M.D CO LTD which was founded in the year 1978 with the purpose of supplying raw materials for the glass, ceramics and metallurgical industries. Since the company establishment, it has been successful in creating an international network of suppliers & clientele and has a factory in Kaveh Industrial City, Iran. | TBA | No relationship found | |
| INECO IRAN KISH PJSC | Known Iranian | Google match to Iranian industrial manufacturing company | INECO Iran: Match - Industrial Manufacturing, Tehran, Iran<br>http://www.tehranberkeley.com/RIGHT%20FRAME%20INECO.htm | INECO: Negative | | | Yes | 2315394 | IRA 23.10.05 BLI 31.9.07 |
| IRAN & DUBAI COMPANY LLC | UTD | Only indicated as being located in Dubai. | Iran and Dubai Co: Negative | No True Match | | Entity registered in UAE (since 1963), owned by Iranian national resident in UAE (Arjomandi family). Not an Iranian party per definitions of the Bank. However, client exited due to its large volume of business with Iran (they import / export fruits) | No | 2542250 | Exited |
| IRAN INSURANCE COMPANY | Known Iranian | | Iran Insurance Company: Match - Insurance Company based in Iran | Iran Insurance: Match | | No records found in any systems. However based on the name, we can conclude this is an Iranian party | Yes | No relationship found | NA |

| Name | Status | Notes | Search 1 | Search 2 | Details | Match | ID | Ref |
|---|---|---|---|---|---|---|---|---|
| Iran Overseas Investment Bank Ltd. | Known Iranian | | | | | Yes | 2156067 | IRA 13.7.10 BLI 13.7.10 |
| IRANIAN OFFSHORE ENGINEERING | Known Iranian | | Iranian Offshore Engineering:  Match - Engineering and Construction company based in Iran. | Iranian Offshore Engineering: Match - Iranian Offshore Engineering & Construction Co (IOEC) | | Yes | 2280485 | IRA 23.10.05 BLI 3.9.07 |
| J&P | UTD | Negative Google results when including Iran.  No indication of Iranian entity. | J&P:  Numerous foreign and domestic matches<br>J&P Iran:  Negative<br>JP Iran: Negative | JP: Insufficient specificity to search | CDD documents verified for Abu Dhabi J & P LLC since it is the close match. Registered office in UAE.  Group company Incorporated in UK.  Entity operating in UAE (as a branch) registered in United Kingdom engaged in construction industry owned by the PARASKEVAIDES family | No | 3064743, 7612923 | |
| JEHANPARS ENGG. | Known Iranian | If alternate spelling (or misspelled) then match to Jahanpars Engineering and Construction located in Tehran, Iran. | Jehanpars Engg: Possible match - likely misspelled and should be Jahanpars which matches Jahanpars Engineering and Construction Company in Tehran, Iran. | Jehanpars: Negative | | Yes | 2415496, 2520583, 2459256 | IRA 23.10.05 and 21.6.06 BLI 3.9.07 |
| KHORASAN STEEL | Known Iranian | | Khorasan Steel:  Match - Steel company located in Iran | Khorasan:  Possible match - Khorasan Metallurgy Industries located in Iran | Whilst we are unable to locate the client with this name , Publicly available information suggests Khorasan Steel Complex Co., a steel company, engages in melting, casting, and rolling steel products in the Middle East. It offers billets, and rolled bars and sections. The company was founded in 2001 and is based in Mashhad, Iran. Khorasan Steel Complex Co. operates as a subsidiary of National Iranian Steel Company | Yes | No relationship found | NA |
| KHOUZESTAN STEEL COMPANY | Known Iranian | | Khouzestan Steel:  Match - located in Iran | Khouzestan Steel:  Match - located in Iran | | Yes | 2415496 (same master as Jehanpars Engg) and 2814730 | IRA 23.10.05 BLI 3.9.07 |
| KUWAIT AUTOMOTIVE IMPORTS COMPANY WLL | N | No indication of transacting business with Iran or any physical location or connection with Iran. | Kuwait Automotive Imports Company:  Auto company located in Kuwait.  Negative<br>Kuwait Automotive Imports Company Iran:  Negative<br>Kuwait Automotive Imports Iran: Negative | Kuwait Automotive Imports: Negative<br>Kuwait Automotive:  Negative | Registered in Kuwait, owned by the AlShaya family in Kuwait engaged in the business of import and sales of automobile | No | 2458926 | NA |
| KUWAIT PARAXYIENE PRODUCTION COMPANY K.S.C. | N | No indication of transacting business with Iran or any physical location or connection with Iran. | Kuwait Paraxylene Production Company:  Negative<br>Kuwait Paraxylene Iran: Negative<br>Kuwait Paraxylene Production Company Iran: Negative | Kuwait Paraxylene:  Producer of petrochemicals in Kuwait. | Kuwait Aromatics company, Government of Kuwait holds 100% shares | No | ? | NA |
| KUWAIT PETROCHEMICAL PRODUCTION COMPANY (KPPC) | N | No indication of transacting business with Iran or any physical location or connection with Iran. | Kuwait Petrochemical Production Company: Negative<br>Kuwait Petrochemical Iran: Negative<br>Kuwait Petrochemical Production Company Iran: Negative | Kuwait Petrochemical: Negative | Whilst we are unable to locate the client with this name , there is a close name match found in the public domain in the name of "Kuwait Paraxylene Production Company's (KPPC)". The information also suggests that Kuwait Paraxylene Production Company (KPPC)  is a joint venture between Petrochemical Industries (PIC), Kuwait National Petroleum (KNPC) and Qurain Petrochemical Industries (QPIC). The new plant is located in the Shuaiba industrial area, 40km south of Kuwait, and was constructed at a total cost of $2bn. KNPC is a state owned enterprise of Kuwait. | No | ? | NA |
| Larsen & Toubro | N | Although Company may have transacted business with Iran, there is no indication that the company maintains offices in Iran or has Iranian ownership.  Company based in India. | Larsen & Toubro:  Negative<br>Larsen & Toubro Iran: Possible match - http://www.larsentoubro.com/lntcorporate/common/ui_templates/HtmlContainer.aspx?res=P_ENC_EITN_AOPR_AINT | Larsen Toubro:  Indiana Insurance company | Parent Company - Larsen & Toubro, India - listed entity in Bombay Stock Exchange engaged in construction and projects | No | 5 x accou | NA |
| LUMI GLASS | N | No indication of transacting business with Iran or any physical location or connection with Iran. | Lumi Glass:  Negative<br>Lumi Glass Iran: Negative | Lumi Glass: Negative | Lumi Glass Industries is part of the Dubai Investments Group, a UAE based Investments entity. | No | 2777509 | NA |

| Name | Status | Notes | Match 1 | Match 2 | Match 3 | Description | Iranian? | Ref # | Code |
|---|---|---|---|---|---|---|---|---|---|
| M H ALSHAYA CO WLL | N | No indication of transacting business with Iran or any physical location or connection with Iran. | Alshaya: Negative<br>Alshaya Iran: Negative<br>M H Alshaya Co WLL Iran: Negative | Alshaya: Negative | | Kuwait based company owned by the Al Shaya family | No | 2815370 | NA |
| M&H TRADING | UTD | Unable to verify which match is the entity. KYC required. | M&H Trading: Multiple foreign and domestic possible matches<br>M&H Trading Iran: Possible match<br>http://www.buyimporter.com/1006/?id=m-h-trading | M H Trading: Unable to verify if any true matches | | The name M & H Trading appear to be the acronym of "MURTAZA & HADI TRADING CO LLC ", a company incoporated in UAE owned by Iran national, resident of UAE (can sight the valid Visa until 2006) dealing in General trading. Public domain information suggests that they are the Distributor / agent dealing in Plant, Machinery & Vehicles, Tools | No -if M & H is Muraza & Hadi Trg Co | 4616707 | |
| MACRO INTERNATIONAL | PI | Listed as having a primary address in Tehran. | MACRO Iran:<br>http://companies.globalmarket.com/macro-international-service-inc-91074.html | No True Match | | | Yes | 2626128 | IRA 23.10.05 BLI 3.9.07 |
| MAHAN AIR / BLUE SKY AVIATION | Known Iranian | | | | | | Yes | 2135337, 2815184, 2346044, 2338009 | IRA 23.10.05, 15.10.06 and 14.12.06 BLI 31.8.07, 3.9.07 no IRA or BLI for 2346004 |
| MAPNA INTERNATIONAL | Known Iranian | | | | | | Yes | 7024762 | IRA 23.10.05 BLI 3.9.07 |
| METITO (OVERSEAS) LTD | N | Although Company may have transacted business with Iran, there is no indication that the company maintains offices in Iran or has Iranian ownership. | Metito: Negative<br>Metito Overseas Iran: Possible match - conducted industrial wastewater treatment project in Iran<br>Metito Iran: Negative | Metito: Negative | | UAE based entity dealing in water supply and distribution | No | 2237334 | NA |
| MINISTRY OF ECONOMIC AFFAIRS & FINANCE, IRAN | Known Iranian | | | | | | Yes | No relationship found | NA |
| MINISTRY OF ENERGY IRAN GROUP | Known Iranian | | | | | Ministry of Energy - no further information available, however from the name it can be conluded that this is an Iranian party | Yes | No relationship found | NA |
| Misr Iran Development Bank | Known Iranian | Likely Iranian as the Bank is more 40%-owned by an Iranian entity, falling therefore under category v. | | | Misr Iran Development Bank: Iran Foreign Investment Company (Tehran) is 40.14% owner. | No records found in any systems. However based on the name, we can conclude this is an Iranian party | Yes | No relationship found | NA |
| MOBILE TELECOMMUNICATIONS COMPANY (KSC) PUBLIC | N | Although Company may have transacted business with Iran, there is no indication that the company maintains offices in Iran or has Iranian ownership. | Mobile Telecommunications Company: Negative<br>Zain: Negative<br>Zain Iran: Possible match - Zain had Iran mobile license<br>Mobile Telecommunications Iran: Negative | Mobile Telecommunications: Negative<br>Zain: Match - Zain Iraq | | Kuwait based entity - public joint stock entity | No | 3294463 | NA |
| MOHAMED NASER AL SAYER & SONS EST | N | Kuwait based trading company under Al-Sayer Group. No indication of transacting business with Iran or any physical location or connection with Iran. | Mohamed Naser Al Sayer & Sons: Negative<br>Al Sayer Iran: Negative | Al sayer: Negative | | Kuwait based entity owned by Kuwaiti nationals | No | 2301857 | NA |
| NASA MULTIPLEX | N | Construction company based in Dubai | Nasa Multiplex: Negative<br>Nasa Multiplex Iran: Negative | Nasa: Negative | | 49% owned by Australian company (Mutliplex Const Pty ltd) | No | 2301989 | NA |
| NATIONAL BANK OF EGYPT, EGYPT | N | No indication of Iranian ownership, presence, or business. | national bank of Egypt Iran: Negative<br>National Bank of Egypt: Negative | National Bank of Egypt: Negative | National Bank of Egypt: 100% SOE, Negative | Bank / Financial Instition registered and operating | No | 2263149, 6910378, 7061838, 4831667 | |
| NATIONAL IRANIAN TANKER COMPANY | Known Iranian | | | | | No records found in any systems. However based on the name, we can conclude this is an Iranian party | Yes | No relationship found | NA |

| Name | Status | Notes | Search Results | Hits | | Details | Iranian? | Account | Reference |
|---|---|---|---|---|---|---|---|---|---|
| NATIONAL WHEELS | UTD | Unable to determine true company in order to research. Too vague. | National wheels: Possible matches both foreign and domestic<br>National Wheels Iran: | National Wheels: Negative | | eCDD found in the name of NATIONAL WHEEL J & P (L.L.C) (113753). Subsidiary of J & P, The Joannou and Paraskevaides Group includes three leading construction enterprises with activities in Europe, the Middle East and North Africa.<br><br>National Wheels – based on info, we could link this to NATIONAL WHEEL J & P (L.L.C) (Master No 2405474). This entity is linked to and part of the JOANNOU & PARASKEVAIDES OVERSEAS LTD Group and has no reason to consider that this is an Iranian party. | No | 2405474 | |
| NESTLE IRAN P J S CO | PI | | | | | | Yes | 7001800 | IRA 23.1.05. BLI 3.9.07 |
| NIA GENERAL TRADING | N | All searches show that the company is located in Dubai, UAE, and there is no indication that the company maintains offices in Iran or has Iranian ownership. | Nia General Trading: Negative, Dubai<br>Nia General Trading Iran: Negative, Dubai | Nia General Trading: Negative, no hits | | All accounts closed in 2005. 100% owned by UAE Sheikh | No | 4556577 | NA |
| NMS BUILDING MATERIALS TRDG LLC | N | Several sites show company in Dubai, UAE. | Search results show Dubai | nms building materials: no hits<br>nms building: no hits | | UAE registered company, beneifical owners non Iranians.<br>NN 18 Apr - Entity owned by Levent Soylu, Turkish national. Address provided as Pearl Building, Sabhka, Deira, Dubai, UAE, P O Box 40992. There are many documents suggesting that the UBO is residing in Turkey. Accordingly, no reason to consider that the entity is an Iranian party. | No | 3688658 | NA |
| OIL INDUSTRIES ENG. & CONST. CO. | Known Iranian | Several sites shows address in South Kamranieh, Iran | Address: 2 Pirooz Street South Kamranieh Tehran, Iran. Www.iranwatch.org, www.oiecgroup.com | OIEC, OFAC-IRAN | | | Yes | 2049260 | IRA 23.10.05 BLI 3.9.07 |
| PARS GRUNDIG KISH CO | Known Iranian | Several sites list the company's address as located in Kish Island, Iran. | Pars Grunding Kish: Match. Company's address is i{ardis 2 Shopping Center, Ground Floor, No. 48 Kish Island, Iran. | Pars Grundig: no hits<br>Pars Grundig Kish: no hits | | Accounts closed in December 2003. Information from the public domain suggests that PARS GRUNDIG-KISH is located in PARDIS 2 SHOPPING CENTER,GROUND FLOOR,NO.48 KISH ISLAND, Iran. | Yes - However, accounts closed in 2003 | 2209446 | Accounts closed in Dec 2003 |
| PARSIAN HIGH VOLTAGE | Known Iranian | Parsian High Voltage Development Co is a subsidiary of Parsian Group and is located in Tehran, Iran. | Parsian High Voltage: Part Match. Parsian High Voltage Substations Development Company is listed as a subsidiary of Parsian Group (www.parsian.com). Both Parsian Group and Parsian High Voltage have addresses located in Tehran, Iran. | Parsian High Voltage: no hits<br>Parsian Group: no hits | | | Yes | 2147165 | IRA 23.10.05 BLI 3.9.07 |
| PARSIAN INTERNATIONAL ESTABLISHMENT | Known Iranian | | http://www.parsian.com/F_Subsidiaries.html | | | | Yes | 2625474 | IRA 23.10.05 BLI 3.9.07 |
| PAXAN CORPORATION | Known Iranian | Located in Tehran, Iran according to several sites, including paxanco.com | Paxan Corporation Iran: Match. Company's website (www.paxanco.com), shows that it is located in Tehran, Iran. | Paxan: no hits<br>Paxan Co: no hits | | | Yes | 4206037 | IRA 23.10.05 BLI 3.9.07 |
| PETROFAC INTL LTD - MATHURA PRO | PI | Petrofac has multiple location but the website did not list one in Iran. WC result partial match, shown different name. When searched for Mathura Project came - Indian Oil came up. | www.petrofac.com shows locations in different countries in the Middle East but not in Iran | Hit on partial Match Petrofac Pars PJS - Tehran, Iran | | Incorporated in Jersey, Operating in UAE. This is the project account for Petrofac International Ltd operating from Al Khan / Sharjah, Al Khalidiyah Street, 5th Floor to 9th from 11th to 18th Floor, Owned by Petrofac International Limited, P.O.BOX 23467, SHARJAH, UAE, listed in London Stock Exchange | No | 8 x accou | NA |
| PETROFAC RESOURCES INTL LTD | N | PETROFAC RESOURCES INTL LTD is located in UAE | Fujairah, UAE | Petrofac resources international limited: no hits<br>Petrofac resources: no hits | | Incorporated in Jersey, Operating in UAE. Parent company is PETROFAC LTD which is listed in London Stock Exchange | No | 13 x acco | NA |
| PISTON TRADING LLC | N | Piston Trading LLC is a UAE company in Dubai. There is no indication that the company maintains offices in Iran or has Iranian ownership. | Piston Trading LLC: Negative, Dubai<br>Piston Trading LLC Iran: Negative, Dubai | Piston Trading: no hits | | UAE based entity. A/C opened in the year 2001. Partners hold Iranian passports and valid residency residency visas available as of 2005. However, a note on the profile of the customer which appears to be dated 2001 suggesting that they may have been trading contemporaeusly with parties in Iran. SAR raised in 2010. Accounts closed by the Bank | TBA | 4247833 | Accounts closed 2012 |
| PORT SAID EAST POWER S.A.E. | N | No indication of Iranian ownership or presence. Entity is located in Egypt but does not appear to do Iranian business | http://investing.businessweek.com/research/stocks/priv | No Results | | Egyptian Joint stock company, Parent company incorporated in Malaysia (USAHA TEGAS SDN BHD) | No | | NA |

| Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PP PARASKEVAIDES & PARTNE | N | No exact match for company name PP Paraskevaides & Partne. A & P Paraskevaides & Partners LLC is in Dubai United Arab Emirates. | No exact match for company name PP Paraskevaides & Partne. A & P Paraskevaides & Partners LLC is in Dubai United Arab Emirates. | PP Paraskevaides & Partner: Negative, Exact match: No hits. A & P Paraskevaides with country as category: No Hits otherwise over 2000 hits | | Appear to the same entity as below JOANNOU & PARASKEVAIDES (O/S) LTD . Entity operating in UAE (as a branch) registered in United Kingdom engaged in construction industry owned by the PARASKEVAIDES family | No | 3118088 | NA |
| SANAT CHIMIE NOVIN | PI | There were no exact matches on the company name Sanat Chimie Novin. Companies Nader Sanat Chimie and Novin Sazan Setareh Sanat are both located in Tehran. Cannot determine whether either of these partial matches are associated with target. | Sanat Chimie Novin: Part Match. There is an agricultural company named Nader Sanat Chimie Co. located in Tehran. Sanat Chimie Novin Iran: Part Match. Novin Sazan Setareh Sanat is a industrial products company located in Tehran. | Sanat Chimie Novin: no hits | | | Yes | 2365642 | IRA 23.10.05 BLI 3.9.07 |
| SAUD BAHWAN AUTOMOTIVE LLC | N | Several sites shows address in Oman | Saud Bahwan Automotive LLC shows company is in Ruwi, Oman. Www.saudbahwangroup.com shows company is in Oman as well. | Saud Bahwan Automotive LLC: No hits, Saud Bahwan: No Hits | | Parent company is SAUD BHAWAN GROUP, a major local industrial and trading conglomerate in the Sultanate of OMAN | No | 5 x accou | NA |
| SAUDI GUARDIAN INTL FLOAT GLASS CO LTD | N | Several sites shows address in Saudi Arabia, Locations listed in the company website does not show Iran. | Saudi Guardian International Float Glass Ltd. or GulfGuard is located in Al-Jubail, Saudi Arabia. Guardian Global has two locations listed on the site for Middle East: Saudi Arabia and UAE. | Saudi Guardian International Float Glass Ltd: No hits, GulfGard: No hits, Guardian Global hit on Headquarters for Honouring the Martyrs of Islamic World showing Iranian non-profit organization | | Registered in Saudi Arabia. Group company is GUARDIAN INDUSTRIES GROUP, USA | No | 2775522 | NA |
| Saudi Polymers Company | N | Saudi Polymers is located and incorporated in Saudi Arabia, and has partners in Saudi Arabia and Texas. However, there is no indication that the company maintains offices in Iran or has Iranian ownership/partnership. | Saudi Polymers Company: Negative, Saudi Arabia Saudi Polymers Company Iran: Negative, Saudi Arabia. | Saudi Polymers: no hits | | Whisit we have been unable to locate a client with this name, Publicly available information suggests that Saudi Polymers Company is a limited liability company incorporated in the Kingdom of Saudi Arabia and jointly owned by National Petrochemicals Company (Petrochem), a joint stock company incorporated in the Kingdom of Saudi Arabia, and Arabian Chevron Phillips Petrochemical Company Limited, a wholly-owned subsidiary of Chevron Phillips Chemical Company LLC. | No | No relationship found | NA |
| SEA SHELL MARINE ENGINEERING | N | Several website listed the company in UAE | Google shows company in UAE | Sea Shell Marine Engineering: No hits, Sea Shel: 3 hits, negative. | | Only 2 Documents found in Docman. No documents found in Filenet and eCDD. Accounts Closed in 2005/06 | TBA - however all accounts closed in 2005/06 | 7062400, 2460874 | |
| SIEMENS AG | N | This is a German company that did some business in Iran. | Siemens is a German company showed that had some business In Iran. | Siemens AG: 2 hits SIEMENS AG Indicial flag on financial crime in Germany | | Global listed conglomerate engaged in various businesses | No | 2225255 | |
| SOUTH ISFAHAN POWER PLANTS FZCO | PI | Several sites show address in UAE | Show address in UAE | SOUTH ISFAHAN POWER PLANTS FZCO: No hits, South Isfahan: No hits | | | Yes | 2815427 | IRA 31.10.06 BLI 31.9.07 |
| SPANISH EGYPTIAN GAS CO | N | Several sites show address in Egypt | Show address in Egypt. | SEGAS: 3 Hits, SEGAS shows country USA, FP last name SEGAS. SEGAYO last name as well in CANADA. REYES SEGASTUME as a last name in Guatemala. Search Spanish Egyptian GAS: No hits | | Entity had a Project Export Finance (Syndication deal) deal with the Bank. Entity operating out of Egypt ultimately owned by Union Fenosa SA and Eni SPA (both listed) | No | No relationship in UAE however, PEF deal booked in London | NA |
| SUEZ GULF POWER S.A.E. | N | With different searches on Suez, Suez Gulf show country as Egypt. | Show address in Egypt. | 15 hits on SUEZ. Gulf of SUEz petroleum company - Egypt. Suez Oil company - Equpt, SUEZ oil processing company - Egypt. Other match are not close to the entity name we searched. No results for Suez gulf power SAE | | Egyption Joint stock company, operating at 8th Floor, Building 17, Pyramids Street Al Ahram street, Roxy Area Heliopolis Cairo, 11511 Egypt, part of the Tanjong PLC Group, structured finance deal. Tanjong Plc ultimately owned by Annada Krishnan - Usaha Tegas Sdn Bhd | No | | NA |

| Name | Status | Notes 1 | Notes 2 | Notes 3 | | Notes 4 | Related | ID | Marker |
|---|---|---|---|---|---|---|---|---|---|
| Supplying Automotive Parts Co. | PI | SAPCO address in Tehran Iran | Supplying Automotive Parts Co Iran: Match. | SAPCO: No hits | | Whilst we have unable to locate a client with this name, publicly available information suggests that Supplier of Automotive Parts Company (SAPCO) was founded in 1993 and soon became the pioneer in auto-parts industry. SAPCO is a subsidiary of Iran Khodro Company, the largest auto-manufacturer in Iran. It is actively involved in design, engineering, quality and planning aspects of auto-parts. | Yes | No relationship found | NA |
| TAMWEEL | N | Tamweel is a Dubai real estate development company with no indicated ties to Iran | Tamweel Iran: Negative | Tamweel: No hits | | UAE based company owned by Dubai Government. | No | 3516083 | NA |
| TECH JOO LLC | PI | There were no results for the exact name Tech Joo LLC. However, Tech Joo Co. Ltd is located in Tehran, Iran. | "Tech Joo" Iran: Part Match. Tech Joo Co. Ltd is located in Tehran, Iran. | Tech Joo: no hits | | Head quartered in Iran. Communication in relation to IRA marker evidenced. | Yes | 4262352 | IRA 23.10.05 BLI 3.9.07 |
| UNILEVER IRAN COMPANY PJSC | PI | | | | | | Yes | 7161301 | IRA 23.10.05 BLI 3.9.07 |
| UNITED CEMENT | N | United Cement Company is in Bahrain and United Cement Group is in Kazakhstan; no indication that either company has offices or ownership in Iran. | United Cement Iran: Negative, Bahrain and Kazakhstan | United Cement: Negative; hits on United Cement Group Ltd in Isle of Man and United Gulf Cement Ltd in Jersey. | | Business dealings with Iraq and not Iran | No | 3515117 | NA |
| WADE ADAMS CONTRACTING | N | Company is headquartered in Dubai; no indication that it maintains offices in Iran or has Iranian ownership | Wade Adams Contracting: Negative, Dubai Wade Adams Contracting Iran: Negative, Dubai | Wade Adams: Negative, hit is for Wade Adams Piling in Zambia | | UAE based contracting company. Registered in BVI. | No | 2080850 | NA |
| WELL SERVICES OF IRAN (SCHLUMBERGER METHODS) | Known Iranian | | | | | Part of Schumberger Group - US. All accounts under Master 4255178 are closed or zero balance. No risk markers. Whilst there is a reference for Well Service of Iran, there is no reason to conclude that the entity itself is operating in Iran. Also see SI No 56 I now has access to full CDD documentation of this entity. According to the AOF (executed in 2003), entity has an address in Iran (No 33, Daman Afshar Street, Vali Asr Avenue) although entity is part of the Schlumberger Group. Whilst the entity is ultimately owned by the Schlumberger Group, it can be concluded that this is an Iranian party, as the address / operations was in Iran. However, it may be noted that the entity was marked as IRA on 23 Oct 2005 and BLI (blocked) on 3 September 2007. All subsequent action has been with approval from Martin etc. | Yes | 4255178 | IRA 23.10.05 BLI 3.9.07 |