

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 19, 2021

BY ECF
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States ex rel. Brutus Trading, LLC v. Standard Chartered Bank, et al.*,
           No. 18 Civ. 11117 (PAE)

Dear Judge Engelmayer:

    This Office represents the United States of America (the "Government") in the above-referenced action filed by relator Brutus Trading, LLC ("Relator"), against Standard Chartered Bank pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733.  On February 1, 2021, the Court authorized the Government to submit a sur-reply brief by February 22, 2021, to respond to new allegations and arguments in Relator's reply brief in support of its motion to reopen this case.  ECF No. 81.  I write respectfully to request a two-week extension of this deadline—to March 8, 2021.  This extension is requested because one of the agencies that will submit a declaration in support of the sur-reply brief requires additional time to retrieve and review certain archived materials that will be discussed in its declaration.

    I thank the Court for its consideration of this request.

                      Respectfully,

                      AUDREY STRAUSS
                      United States Attorney

        By:       s/Jean-David Barnea

Granted.  SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
2/22/2021