UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel. BRUTUS TRADING, LLC,

                              Plaintiffs,

-v-

STANDARD CHARTERED BANK, et al.,

                              Defendants.

18 Civ. 11117 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On March 8, 2021, the Government moved to place under seal portions of Dockets 76, 77, and 79, and for leave to file a redacted version of the Third Supplemental Declaration of Alexandre Manfull on the public docket, as well as an unredacted version under seal. Dkt. 89. That motion is granted. The Clerk of Court is respectfully requested to place dockets 76, 77, and 79 under seal, and the parties are directed to file redacted copies of the documents as proposed in the Government's letter, Dkt. 89. The Government is also directed to file the Third Supplemental Declaration of Alexandre Manfull, Dkt. 88, without redactions and under seal.

    SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 11, 2021
         New York, New York