UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
BRUTUS TRADING, LLC,

                      Plaintiff,                Case No. 18 Civ. 11117 (PAE)

      v.

STANDARD CHARTERED BANK, STANDARD
CHARTERED PLC, and STANDARD
CHARTERED TRADE SERVIICES
CORPORATION,

                      Defendants.

---------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law, dated May 31, 2024, and upon the declarations of David J. Scantling, dated May 20, 2024, and the exhibits annexed thereto, Julian Knight, dated May 20, 2024, and the exhibits annexed thereto, and of Patrick M. McSweeney, dated May 31, 2024, and the exhibits annexed thereto, and upon all the prior papers and proceedings had herein, relator Brutus Trading, LLC ("Brutus") will move this Court, before the Hon. Paul A. Engelmayer, at the United States District Courthouse located at 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 60(d)(3) and this Court's inherent power vacating the final judgment entered in this action on the grounds that plaintiff United States of America (the "Government") committed fraud upon this Court.

PLEASE TAKE FURTHER NOTICE, that pursuant to Federal Rule of Civil Procedure 6, the Government's opposing papers, if any, must be filed by June 17, 2024, and Brutus' reply must be filed by June 27, 2024.

Dated: May 31, 2024

*Patrick M. McSweeney*

———————————————

Patrick M. McSweeney
Robert J. Cynkar
McSweeney Cynkar & Kachouroff PLLC
3358 John Tree Hill Road
Powhatan, VA 23139
(804) 937-0895
*Attorneys for Relator Brutus Trading LLC*