UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
BRUTUS TRADING, LLC,

                        Plaintiff,                      Case No. 18 Civ. 11117 (PAE)

      v.

STANDARD CHARTERED BANK, STANDARD
CHARTERED PLC, and STANDARD
CHARTERED TRADE SERVIICES
CORPORATION,

                        Defendants.

---------------------------------------------------------------x

## DECLARATION OF PATRICK M. McSWEENEY

PATRICK M. McSWEENEY, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, declares as follows:

1. I am counsel to Relator Brutus Trading LLC ("Brutus") in the above-captioned action, and I submit this declaration in support of Brutus's present motion to vacate the judgment.

2. Annexed hereto as Exhibit A is a true and correct copy of the Declaration of Special Agent Matthew F. Komar, dated November 21, 2019, without exhibits.

3. Annexed hereto as Exhibit B. is a true and correct copy of the Supplemental Declaration of Special Agent Matthew F. Komar, dated February 28, 2020, without exhibits.

4. Annexed hereto as Exhibit C is a true and correct copy of the Declaration of Alexander Manfull, dated November 21, 2019, without exhibits.

5. Annexed hereto as Exhibit D is a true and correct copy of the Supplemental Declaration of Alexander Manfull, dated February 28, 2020, without exhibits.

6.  Annexed hereto as Exhibit E is a true and correct copy of the Declaration of Patrick M. Bryan, dated November 21, 2019, without exhibits.

7.  Annexed hereto as Exhibit F is a true and correct copy of the Declaration of Elizabeth Nochlin, dated February 28, 2020, without exhibits.

8.  Annexed hereto as Exhibit G is a true and correct copy of the Second Supplemental Declaration of Special Agent Matthew F. Komar, dated December 22, 2020, without exhibits.

9.  Annexed hereto as Exhibit H is a true and correct copy of the Third Supplemental Declaration of Special Agent Matthew F. Komar, dated March 8, 2021, without exhibits.

10. Annexed hereto as Exhibit I is a true and correct copy of the Second Supplemental Declaration of Alexander Manfull, dated December 22, 2020, without exhibits.

11. Annexed hereto as Exhibit J is a true and correct copy of the Supplemental Declaration of Alexander Manfull, dated February 28, 2020, without exhibits.

12. Submitted herewith as Exhibit K are true and correct electronic copies of the cloaked and decloaked data files that Brutus gave to the Government in 2012 and 2013.

Dated: May 31, 2024
       Powhatan, VA

*Patrick M. McSweeney*
_____
Patrick M. McSweeney