# EXHIBIT A

```
                     COMPANY  STATUS  REPORT
                     =====================


CO. NAME : TAJCO LTD (Correct)
           TAJCO (Requested)
_____

ADDRESS

Building :  Dohat Building, 1st Floor

Street   :  62 Buckle Street / Liberation Avenue (formerly Wellington
Street)

P.O. Box :  2176
Town     :  Banjul
Country  :  Gambia

Telephone:  (220) 420 2191
Fax      :  (220) 420 2190
E-Mail   :  info@tajco-ltd.com / lowanah@tajco-ltd.com

Trading Styles :  Kairaba Shopping Centre


_____

SENIOR COMPANY PERSONNEL

      Name                          Position

1.    Hussein Tajideen              Managing Director

2.    Hassan Tajideen               General Manager


Total Employees : 300


_____

PAYMENTS

No complaints have been heard regarding payments from local suppliers
or banks.

Subject is a well established family owned company, operating since
1993 and is regarded one of Gambia's biggest supermarket operators.

We consider it is acceptable to deal with subject for SMALL amounts.
However, in view of lack of financial information we recommend
```

international suppliers exercise a degree of caution where larger or protracted dealings are envisaged.

Opinion on maximum credit : DALASI 800,000 (higher amounts may be considered with full fiscal disclosure)

Trade risk assessment : Normal (see above comments)

It is normal accepted practice for international suppliers to deal on secured terms with Gambian importers.

_____

PRINCIPAL BANKERS

NAME      : STANDARD CHARTERED BANK (GAMBIA) LIMITED

Branch    : 8/10 ECOWAS Avenue
P.O. Box  : 259
Town      : Banjul

Telephone: (220) 422 8681
Fax       : (220) 422 7714

_____

FINANCIAL INFORMATION

KEY FINANCIAL DATA

```
                                    2007         2006
                                      (In DALASI)
```

PROFIT & LOSS ACCOUNT
Sales turnover                   20,000,000   20,000,000

Private companies in Gambia are not required to publish or disclose balance sheets. The following is the latest financial information offered by the subject :

Sales Turnover     : DALASI 20,000,000 – 2006 – exact
                   : DALASI 20,000,000 – 2007 – approx

Net Profit         : not given but stated to be profitable

Later results were declined.

Financial year ends 31 March.

_____

LEGAL STATUS AND HISTORY

Date Started : 1993

Capital : not given

Limited Liability Company with the following shareholders :

                    Percentage

1. Hussein Tajideen         50%

2. Hassan Tajideen          50%
   (brother of the above)

The nationality of the above shareholders was not disclosed.

_____

ACTIVITIES

The Company is involved in the following activities :

Importers, exporters, wholesalers and retailers of commodities such as flour, vegetable oil, rice and sugar, as well as frozen chicken and chicken leg quarters, frozen fish, frozen meat, frozen vegetables and fresh fruits, ice cream and iron rods.

Imports from UK, Germany, Italy and France.

Exports to Guinea Bissau.

_____

FACILITIES

The Company has the following facilities :

Administrative offices located at the heading address, as well as three warehouses in Banjul and two big stores for food items and supermarket products for wholesale in Banjul at Bund Road in Mile II area. Each warehouse contains either bags of sugar, flour or rice all stored in different warehouses according to their type.

Subject also has a cold room and a warehouse in The Kanifing Industrial Area. The cold room is mainly used for frozen items. In addition to that we have a big store for iron rods.

Subject also has a large supermarket, Kairaba Shopping Centre, which is said to be the biggest supermarket in the country.

Subject also has a small mini-market located in Serrekunda, the main market area and another one in Banjul, the capital and business city.

_____

BRANCH OFFICES

Kairaba Shopping Centre
Kairaba Avenue
Pipe Line Section
Tel: (220) 437 2359
Fax: (220) 437 1134
Email: kaishopcentre@tajco-ltd.com

_____

SPECIAL NOTE

You enquired on : TAJCO

Please note the correct details are as per heading.

===================================================================

Every effort is made to ensure that the information given herein is accurate, but no legal responsibility is accepted for any error or omission in the text.

===================================================================