# EXHIBIT B

```
                      COMPANY STATUS REPORT
                      =====================
```

CO. NAME : EURO AFRICAN GROUP LTD
_____

ADDRESS

Building  :  Standard Chartered Bank Building, 2nd Floor

Street    :  Kairaba Avenue

Town      :  Banjul
Country   :  Gambia

Telephone:   (220) 439 6288 / (220) 776 7611 / 660 6607 (mobile)
Fax       :  (220) 439 6276
E-Mail    :  manhal@eagl.gm

_____

SENIOR COMPANY PERSONNEL

```
     Name                          Position

1.   Muhammed Bazzi                Managing Director

2.   Manhal Oueidat                General Manager

3.   Mr. Walter                    Financial Manager
```

_____

PAYMENTS

Current trade experience of payments has not been traced.

Reportedly subject is the country's largest supplier of fuel.

The company has declined to provide financial information or to
reveal any details relative to the extent of their operations.

Opinion on maximum credit : Although nothing detrimental has been
                            heard we have insufficient basis on which
                            to speak for unsecured credit and
                            recommend dealing on cash or prepaid
                            basis.

Trade risk assessment : No classification (see above comments)

Opinion on the credit figure of US DLRS 200,000 – 90 days :

See above comments.

It is normal accepted practice for international suppliers to deal on secured terms with Gambian importers.

_____

PRINCIPAL BANKERS

NAME      : STANDARD CHARTERED BANK GAMBIA LIMITED

Branch    : Banjul Branch
Street    : Ecowas Avenue No. 8
P.O. Box  : 259
Town      : Banjul

Telephone: (220) 420 2929
Fax       : (220) 420 2692

Subject also has an account with the following bank :

Trust Bank
Banjul

_____

FINANCIAL INFORMATION

Private companies in Gambia are not required to disclose financial statements. These have been requested from the company but they have not been made available as the subject regards this information as strictly confidential.

_____

LEGAL STATUS AND HISTORY

Date Started : 2005 (not confirmed)

Capital : not given


Limited Liability Company with the following shareholders :

1.  Muhammed  Bazzi
    (Lebanese national)

2.  Other undisclosed shareholders

The exact shareholding structure was not disclosed.


Affiliated companies of Euro African Group Ltd :

Associates

1. Gam Petroleum Storage Facility Co. Ltd
   Standard Chartered House Building, 2nd Floor
   Kairaba Avenue
   Banjul
   Tel: (220) 439 6288 / (220) 776 7611 / 660 6607/1 (mobile)
   Fax: (220) 439 6276

2. Global Electric Company

3. Comium Gambia Ltd
   Kairaba Avenue No. 27
   Serrekunda
   Banjul
   Gambia
   Tel: (220) 660 1601 / 702 7777 (mobile)

4. Global Management System Inc

___

ACTIVITIES

The Company is involved in the following activities :

Importers and distributors of fuel.

Subject did not provide the names of the countries from which they import.

Subject did not disclose terms of payment.

Subject does not export, all sales are domestic.

___

FACILITIES

The Company has the following facilities :

Office premises located at the heading address.

_____

SPECIAL NOTE

You have given:

TEL: 00204 202 191

Please note the correct contact telephone numbers are as per 'Address' section.

Interviewed : Manhal Oueidat, General Manager.

====================================================================

Every effort is made to ensure that the information given herein is accurate, but no legal responsibility is accepted for any error or omission in the text.

====================================================================