# EXHIBIT C

| | |
|---|---|
| **Standard Chartered PLC** | Standard Chartered PLC |
| **Ticker** | STAN LN Equity |
| **Includes Loans to:** | Standard Chartered Bank/New York |
| **Identified in Fed Documents as:** | STANDARD CHARTERED BK NY BR |
| **Capital Raised From Home Governments** | |
| **Programs** | TAF |
| **Country** | Britain |
| **Industry** | Banking |
| **Average Daily Balance From February 26, 2008 to June 4, 2009** | $836.65   (in millions) |
| **Peak Amount of Debt** | $2,850.00   (in millions) |
| **Peak Date** | Thursday, November 6, 2008 |
| **Number of Days In Debt to the Fed** | 462 |

| Date | Loan Amount (in millions) | Market Cap (in millions) | Percent of Market Cap | Term Auction Facility (TAF) (in millions) |
|---|---|---|---|---|
| Tuesday, February 26, 2008 | $0.00 | $47,585.26 | 0.00% | $0.00 |
| Wednesday, February 27, 2008 | $0.00 | $47,604.41 | 0.00% | $0.00 |
| Thursday, February 28, 2008 | $200.00 | $47,313.58 | 0.42% | $200.00 |
| Friday, February 29, 2008 | $200.00 | $46,848.96 | 0.43% | $200.00 |
| Saturday, March 1, 2008 | $200.00 | $46,848.96 | 0.43% | $200.00 |
| Sunday, March 2, 2008 | $200.00 | $46,848.96 | 0.43% | $200.00 |
| Monday, March 3, 2008 | $200.00 | $45,606.47 | 0.44% | $200.00 |
| Tuesday, March 4, 2008 | $200.00 | $45,228.67 | 0.44% | $200.00 |
| Wednesday, March 5, 2008 | $200.00 | $46,756.79 | 0.43% | $200.00 |
| Thursday, March 6, 2008 | $200.00 | $46,509.46 | 0.43% | $200.00 |
| Friday, March 7, 2008 | $200.00 | $45,763.72 | 0.44% | $200.00 |
| Saturday, March 8, 2008 | $200.00 | $45,763.72 | 0.44% | $200.00 |
| Sunday, March 9, 2008 | $200.00 | $45,763.72 | 0.44% | $200.00 |
| Monday, March 10, 2008 | $200.00 | $44,767.34 | 0.45% | $200.00 |
| Tuesday, March 11, 2008 | $200.00 | $45,996.14 | 0.43% | $200.00 |
| Wednesday, March 12, 2008 | $200.00 | $47,213.61 | 0.42% | $200.00 |
| Thursday, March 13, 2008 | $950.00 | $46,463.82 | 2.04% | $950.00 |
| Friday, March 14, 2008 | $950.00 | $45,878.64 | 2.07% | $950.00 |
| Saturday, March 15, 2008 | $950.00 | $45,878.64 | 2.07% | $950.00 |
| Sunday, March 16, 2008 | $950.00 | $45,878.64 | 2.07% | $950.00 |
| Monday, March 17, 2008 | $950.00 | $42,439.01 | 2.24% | $950.00 |
| Tuesday, March 18, 2008 | $950.00 | $46,136.97 | 2.06% | $950.00 |
| Wednesday, March 19, 2008 | $950.00 | $46,751.58 | 2.03% | $950.00 |
| Thursday, March 20, 2008 | $950.00 | $47,033.02 | 2.02% | $950.00 |
| Friday, March 21, 2008 | $950.00 | $47,033.02 | 2.02% | $950.00 |
| Saturday, March 22, 2008 | $950.00 | $47,033.02 | 2.02% | $950.00 |
| Sunday, March 23, 2008 | $950.00 | $47,033.02 | 2.02% | $950.00 |
| Monday, March 24, 2008 | $950.00 | $47,033.02 | 2.02% | $950.00 |
| Tuesday, March 25, 2008 | $950.00 | $50,496.57 | 1.88% | $950.00 |
| Wednesday, March 26, 2008 | $950.00 | $49,705.36 | 1.91% | $950.00 |
| Thursday, March 27, 2008 | $1,350.00 | $50,774.26 | 2.66% | $1,350.00 |
| Friday, March 28, 2008 | $1,350.00 | $49,557.43 | 2.72% | $1,350.00 |
| Saturday, March 29, 2008 | $1,350.00 | $49,557.43 | 2.72% | $1,350.00 |
| Sunday, March 30, 2008 | $1,350.00 | $49,557.43 | 2.72% | $1,350.00 |
| Monday, March 31, 2008 | $1,350.00 | $48,270.23 | 2.80% | $1,350.00 |

| Date | | | | |
|---|---|---|---|---|
| Tuesday, April 1, 2008 | $1,350.00 | $50,377.69 | 2.68% | $1,350.00 |
| Wednesday, April 2, 2008 | $1,350.00 | $51,423.87 | 2.63% | $1,350.00 |
| Thursday, April 3, 2008 | $1,350.00 | $50,833.94 | 2.66% | $1,350.00 |
| Friday, April 4, 2008 | $1,350.00 | $50,800.71 | 2.66% | $1,350.00 |
| Saturday, April 5, 2008 | $1,350.00 | $50,800.71 | 2.66% | $1,350.00 |
| Sunday, April 6, 2008 | $1,350.00 | $50,800.71 | 2.66% | $1,350.00 |
| Monday, April 7, 2008 | $1,350.00 | $50,561.19 | 2.67% | $1,350.00 |
| Tuesday, April 8, 2008 | $1,350.00 | $49,921.12 | 2.70% | $1,350.00 |
| Wednesday, April 9, 2008 | $1,350.00 | $49,378.48 | 2.73% | $1,350.00 |
| Thursday, April 10, 2008 | $600.00 | $48,257.28 | 1.24% | $600.00 |
| Friday, April 11, 2008 | $600.00 | $47,692.84 | 1.26% | $600.00 |
| Saturday, April 12, 2008 | $600.00 | $47,692.84 | 1.26% | $600.00 |
| Sunday, April 13, 2008 | $600.00 | $47,692.84 | 1.26% | $600.00 |
| Monday, April 14, 2008 | $600.00 | $46,599.13 | 1.29% | $600.00 |
| Tuesday, April 15, 2008 | $600.00 | $46,528.72 | 1.29% | $600.00 |
| Wednesday, April 16, 2008 | $600.00 | $47,799.38 | 1.26% | $600.00 |
| Thursday, April 17, 2008 | $600.00 | $47,597.09 | 1.26% | $600.00 |
| Friday, April 18, 2008 | $600.00 | $49,251.15 | 1.22% | $600.00 |
| Saturday, April 19, 2008 | $600.00 | $49,251.15 | 1.22% | $600.00 |
| Sunday, April 20, 2008 | $600.00 | $49,251.15 | 1.22% | $600.00 |
| Monday, April 21, 2008 | $600.00 | $48,010.23 | 1.25% | $600.00 |
| Tuesday, April 22, 2008 | $600.00 | $48,634.58 | 1.23% | $600.00 |
| Wednesday, April 23, 2008 | $600.00 | $49,123.73 | 1.22% | $600.00 |
| Thursday, April 24, 2008 | $1,000.00 | $49,552.32 | 2.02% | $1,000.00 |
| Friday, April 25, 2008 | $1,000.00 | $50,385.62 | 1.98% | $1,000.00 |
| Saturday, April 26, 2008 | $1,000.00 | $50,385.62 | 1.98% | $1,000.00 |
| Sunday, April 27, 2008 | $1,000.00 | $50,385.62 | 1.98% | $1,000.00 |
| Monday, April 28, 2008 | $1,000.00 | $50,382.16 | 1.98% | $1,000.00 |
| Tuesday, April 29, 2008 | $1,000.00 | $49,253.60 | 2.03% | $1,000.00 |
| Wednesday, April 30, 2008 | $1,000.00 | $50,204.96 | 1.99% | $1,000.00 |
| Thursday, May 1, 2008 | $1,000.00 | $50,989.16 | 1.96% | $1,000.00 |
| Friday, May 2, 2008 | $1,000.00 | $52,382.30 | 1.91% | $1,000.00 |
| Saturday, May 3, 2008 | $1,000.00 | $52,382.30 | 1.91% | $1,000.00 |
| Sunday, May 4, 2008 | $1,000.00 | $52,382.30 | 1.91% | $1,000.00 |
| Monday, May 5, 2008 | $1,000.00 | $52,382.30 | 1.91% | $1,000.00 |
| Tuesday, May 6, 2008 | $1,000.00 | $52,485.77 | 1.91% | $1,000.00 |
| Wednesday, May 7, 2008 | $1,000.00 | $51,297.10 | 1.95% | $1,000.00 |
| Thursday, May 8, 2008 | $1,400.00 | $50,803.64 | 2.76% | $1,400.00 |
| Friday, May 9, 2008 | $1,400.00 | $50,499.76 | 2.77% | $1,400.00 |
| Saturday, May 10, 2008 | $1,400.00 | $50,499.76 | 2.77% | $1,400.00 |
| Sunday, May 11, 2008 | $1,400.00 | $50,499.76 | 2.77% | $1,400.00 |
| Monday, May 12, 2008 | $1,400.00 | $50,809.74 | 2.76% | $1,400.00 |
| Tuesday, May 13, 2008 | $1,400.00 | $50,877.62 | 2.75% | $1,400.00 |
| Wednesday, May 14, 2008 | $1,400.00 | $49,718.78 | 2.82% | $1,400.00 |
| Thursday, May 15, 2008 | $1,400.00 | $50,187.41 | 2.79% | $1,400.00 |
| Friday, May 16, 2008 | $1,400.00 | $51,335.39 | 2.73% | $1,400.00 |
| Saturday, May 17, 2008 | $1,400.00 | $51,335.39 | 2.73% | $1,400.00 |
| Sunday, May 18, 2008 | $1,400.00 | $51,335.39 | 2.73% | $1,400.00 |
| Monday, May 19, 2008 | $1,400.00 | $51,633.42 | 2.71% | $1,400.00 |
| Tuesday, May 20, 2008 | $1,400.00 | $50,899.31 | 2.75% | $1,400.00 |
| Wednesday, May 21, 2008 | $1,400.00 | $49,770.86 | 2.81% | $1,400.00 |

| Date | | | | |
|---|---|---|---|---|
| Thursday, May 22, 2008 | $1,400.00 | $50,448.14 | 2.78% | $1,400.00 |
| Friday, May 23, 2008 | $1,400.00 | $49,766.61 | 2.81% | $1,400.00 |
| Saturday, May 24, 2008 | $1,400.00 | $49,766.61 | 2.81% | $1,400.00 |
| Sunday, May 25, 2008 | $1,400.00 | $49,766.61 | 2.81% | $1,400.00 |
| Monday, May 26, 2008 | $1,400.00 | $49,766.61 | 2.81% | $1,400.00 |
| Tuesday, May 27, 2008 | $1,400.00 | $51,076.49 | 2.74% | $1,400.00 |
| Wednesday, May 28, 2008 | $1,400.00 | $51,246.67 | 2.73% | $1,400.00 |
| Thursday, May 29, 2008 | $1,400.00 | $51,252.03 | 2.73% | $1,400.00 |
| Friday, May 30, 2008 | $1,400.00 | $52,751.16 | 2.65% | $1,400.00 |
| Saturday, May 31, 2008 | $1,400.00 | $52,751.16 | 2.65% | $1,400.00 |
| Sunday, June 1, 2008 | $1,400.00 | $52,751.16 | 2.65% | $1,400.00 |
| Monday, June 2, 2008 | $1,400.00 | $51,011.92 | 2.74% | $1,400.00 |
| Tuesday, June 3, 2008 | $1,400.00 | $50,462.54 | 2.77% | $1,400.00 |
| Wednesday, June 4, 2008 | $1,400.00 | $48,753.02 | 2.87% | $1,400.00 |
| Thursday, June 5, 2008 | $1,550.00 | $48,388.62 | 3.20% | $1,550.00 |
| Friday, June 6, 2008 | $1,550.00 | $46,396.13 | 3.34% | $1,550.00 |
| Saturday, June 7, 2008 | $1,550.00 | $46,396.13 | 3.34% | $1,550.00 |
| Sunday, June 8, 2008 | $1,550.00 | $46,396.13 | 3.34% | $1,550.00 |
| Monday, June 9, 2008 | $1,550.00 | $46,650.17 | 3.32% | $1,550.00 |
| Tuesday, June 10, 2008 | $1,550.00 | $45,450.78 | 3.41% | $1,550.00 |
| Wednesday, June 11, 2008 | $1,550.00 | $42,614.22 | 3.64% | $1,550.00 |
| Thursday, June 12, 2008 | $1,550.00 | $45,059.27 | 3.44% | $1,550.00 |
| Friday, June 13, 2008 | $1,550.00 | $45,428.98 | 3.41% | $1,550.00 |
| Saturday, June 14, 2008 | $1,550.00 | $45,428.98 | 3.41% | $1,550.00 |
| Sunday, June 15, 2008 | $1,550.00 | $45,428.98 | 3.41% | $1,550.00 |
| Monday, June 16, 2008 | $1,550.00 | $45,790.44 | 3.38% | $1,550.00 |
| Tuesday, June 17, 2008 | $1,550.00 | $44,827.25 | 3.46% | $1,550.00 |
| Wednesday, June 18, 2008 | $1,550.00 | $43,156.33 | 3.59% | $1,550.00 |
| Thursday, June 19, 2008 | $2,050.00 | $42,056.06 | 4.87% | $2,050.00 |
| Friday, June 20, 2008 | $2,050.00 | $42,118.25 | 4.87% | $2,050.00 |
| Saturday, June 21, 2008 | $2,050.00 | $42,118.25 | 4.87% | $2,050.00 |
| Sunday, June 22, 2008 | $2,050.00 | $42,118.25 | 4.87% | $2,050.00 |
| Monday, June 23, 2008 | $2,050.00 | $42,431.27 | 4.83% | $2,050.00 |
| Tuesday, June 24, 2008 | $2,050.00 | $41,836.78 | 4.90% | $2,050.00 |
| Wednesday, June 25, 2008 | $2,050.00 | $43,903.98 | 4.67% | $2,050.00 |
| Thursday, June 26, 2008 | $2,050.00 | $41,058.87 | 4.99% | $2,050.00 |
| Friday, June 27, 2008 | $2,050.00 | $41,043.17 | 4.99% | $2,050.00 |
| Saturday, June 28, 2008 | $2,050.00 | $41,043.17 | 4.99% | $2,050.00 |
| Sunday, June 29, 2008 | $2,050.00 | $41,043.17 | 4.99% | $2,050.00 |
| Monday, June 30, 2008 | $2,050.00 | $40,483.05 | 5.06% | $2,050.00 |
| Tuesday, July 1, 2008 | $2,050.00 | $39,776.10 | 5.15% | $2,050.00 |
| Wednesday, July 2, 2008 | $2,050.00 | $39,529.89 | 5.19% | $2,050.00 |
| Thursday, July 3, 2008 | $2,200.00 | $40,755.05 | 5.40% | $2,200.00 |
| Friday, July 4, 2008 | $2,200.00 | $39,342.63 | 5.59% | $2,200.00 |
| Saturday, July 5, 2008 | $2,200.00 | $39,342.63 | 5.59% | $2,200.00 |
| Sunday, July 6, 2008 | $2,200.00 | $39,342.63 | 5.59% | $2,200.00 |
| Monday, July 7, 2008 | $2,200.00 | $40,348.99 | 5.45% | $2,200.00 |
| Tuesday, July 8, 2008 | $2,200.00 | $39,306.06 | 5.60% | $2,200.00 |
| Wednesday, July 9, 2008 | $2,200.00 | $41,278.44 | 5.33% | $2,200.00 |
| Thursday, July 10, 2008 | $2,200.00 | $40,922.17 | 5.38% | $2,200.00 |
| Friday, July 11, 2008 | $2,200.00 | $37,941.33 | 5.80% | $2,200.00 |

| Date | | | | |
|---|---|---|---|---|
| Saturday, July 12, 2008 | $2,200.00 | $37,941.33 | 5.80% | $2,200.00 |
| Sunday, July 13, 2008 | $2,200.00 | $37,941.33 | 5.80% | $2,200.00 |
| Monday, July 14, 2008 | $2,200.00 | $39,136.94 | 5.62% | $2,200.00 |
| Tuesday, July 15, 2008 | $2,200.00 | $38,046.61 | 5.78% | $2,200.00 |
| Wednesday, July 16, 2008 | $2,200.00 | $38,320.06 | 5.74% | $2,200.00 |
| Thursday, July 17, 2008 | $1,900.00 | $41,939.89 | 4.53% | $1,900.00 |
| Friday, July 18, 2008 | $1,900.00 | $43,845.24 | 4.33% | $1,900.00 |
| Saturday, July 19, 2008 | $1,900.00 | $43,845.24 | 4.33% | $1,900.00 |
| Sunday, July 20, 2008 | $1,900.00 | $43,845.24 | 4.33% | $1,900.00 |
| Monday, July 21, 2008 | $1,900.00 | $44,432.13 | 4.28% | $1,900.00 |
| Tuesday, July 22, 2008 | $1,900.00 | $43,727.42 | 4.35% | $1,900.00 |
| Wednesday, July 23, 2008 | $1,900.00 | $46,314.01 | 4.10% | $1,900.00 |
| Thursday, July 24, 2008 | $1,900.00 | $45,067.23 | 4.22% | $1,900.00 |
| Friday, July 25, 2008 | $1,900.00 | $44,011.72 | 4.32% | $1,900.00 |
| Saturday, July 26, 2008 | $1,900.00 | $44,011.72 | 4.32% | $1,900.00 |
| Sunday, July 27, 2008 | $1,900.00 | $44,011.72 | 4.32% | $1,900.00 |
| Monday, July 28, 2008 | $1,900.00 | $42,728.39 | 4.45% | $1,900.00 |
| Tuesday, July 29, 2008 | $1,900.00 | $41,665.70 | 4.56% | $1,900.00 |
| Wednesday, July 30, 2008 | $1,900.00 | $43,754.01 | 4.34% | $1,900.00 |
| Thursday, July 31, 2008 | $1,850.00 | $43,681.56 | 4.24% | $1,850.00 |
| Friday, August 1, 2008 | $1,850.00 | $41,907.46 | 4.41% | $1,850.00 |
| Saturday, August 2, 2008 | $1,850.00 | $41,907.46 | 4.41% | $1,850.00 |
| Sunday, August 3, 2008 | $1,850.00 | $41,907.46 | 4.41% | $1,850.00 |
| Monday, August 4, 2008 | $1,850.00 | $39,711.91 | 4.66% | $1,850.00 |
| Tuesday, August 5, 2008 | $1,850.00 | $42,820.14 | 4.32% | $1,850.00 |
| Wednesday, August 6, 2008 | $1,850.00 | $42,752.16 | 4.33% | $1,850.00 |
| Thursday, August 7, 2008 | $1,850.00 | $43,474.37 | 4.26% | $1,850.00 |
| Friday, August 8, 2008 | $1,850.00 | $43,668.47 | 4.24% | $1,850.00 |
| Saturday, August 9, 2008 | $1,850.00 | $43,668.47 | 4.24% | $1,850.00 |
| Sunday, August 10, 2008 | $1,850.00 | $43,668.47 | 4.24% | $1,850.00 |
| Monday, August 11, 2008 | $1,850.00 | $43,495.64 | 4.25% | $1,850.00 |
| Tuesday, August 12, 2008 | $1,850.00 | $40,242.46 | 4.60% | $1,850.00 |
| Wednesday, August 13, 2008 | $1,850.00 | $37,041.34 | 4.99% | $1,850.00 |
| Thursday, August 14, 2008 | $1,850.00 | $38,363.46 | 4.82% | $1,850.00 |
| Friday, August 15, 2008 | $1,850.00 | $37,741.13 | 4.90% | $1,850.00 |
| Saturday, August 16, 2008 | $1,850.00 | $37,741.13 | 4.90% | $1,850.00 |
| Sunday, August 17, 2008 | $1,850.00 | $37,741.13 | 4.90% | $1,850.00 |
| Monday, August 18, 2008 | $1,850.00 | $37,537.85 | 4.93% | $1,850.00 |
| Tuesday, August 19, 2008 | $1,850.00 | $35,198.32 | 5.26% | $1,850.00 |
| Wednesday, August 20, 2008 | $1,850.00 | $35,628.94 | 5.19% | $1,850.00 |
| Thursday, August 21, 2008 | $1,850.00 | $36,120.35 | 5.12% | $1,850.00 |
| Friday, August 22, 2008 | $1,850.00 | $37,205.80 | 4.97% | $1,850.00 |
| Saturday, August 23, 2008 | $1,850.00 | $37,205.80 | 4.97% | $1,850.00 |
| Sunday, August 24, 2008 | $1,850.00 | $37,205.80 | 4.97% | $1,850.00 |
| Monday, August 25, 2008 | $1,850.00 | $37,205.80 | 4.97% | $1,850.00 |
| Tuesday, August 26, 2008 | $1,850.00 | $36,597.42 | 5.06% | $1,850.00 |
| Wednesday, August 27, 2008 | $1,850.00 | $37,645.42 | 4.91% | $1,850.00 |
| Thursday, August 28, 2008 | $1,500.00 | $38,591.06 | 3.89% | $1,500.00 |
| Friday, August 29, 2008 | $1,500.00 | $38,540.54 | 3.89% | $1,500.00 |
| Saturday, August 30, 2008 | $1,500.00 | $38,540.54 | 3.89% | $1,500.00 |
| Sunday, August 31, 2008 | $1,500.00 | $38,540.54 | 3.89% | $1,500.00 |

| Date | | | | |
|---|---|---|---|---|
| Monday, September 1, 2008 | $1,500.00 | $38,062.54 | 3.94% | $1,500.00 |
| Tuesday, September 2, 2008 | $1,500.00 | $37,872.33 | 3.96% | $1,500.00 |
| Wednesday, September 3, 2008 | $1,500.00 | $37,586.61 | 3.99% | $1,500.00 |
| Thursday, September 4, 2008 | $1,500.00 | $35,688.45 | 4.20% | $1,500.00 |
| Friday, September 5, 2008 | $1,500.00 | $34,486.29 | 4.35% | $1,500.00 |
| Saturday, September 6, 2008 | $1,500.00 | $34,486.29 | 4.35% | $1,500.00 |
| Sunday, September 7, 2008 | $1,500.00 | $34,486.29 | 4.35% | $1,500.00 |
| Monday, September 8, 2008 | $1,500.00 | $37,478.94 | 4.00% | $1,500.00 |
| Tuesday, September 9, 2008 | $1,500.00 | $37,977.10 | 3.95% | $1,500.00 |
| Wednesday, September 10, 2008 | $1,500.00 | $36,440.87 | 4.12% | $1,500.00 |
| Thursday, September 11, 2008 | $1,000.00 | $35,486.64 | 2.82% | $1,000.00 |
| Friday, September 12, 2008 | $1,000.00 | $36,661.03 | 2.73% | $1,000.00 |
| Saturday, September 13, 2008 | $1,000.00 | $36,661.03 | 2.73% | $1,000.00 |
| Sunday, September 14, 2008 | $1,000.00 | $36,661.03 | 2.73% | $1,000.00 |
| Monday, September 15, 2008 | $1,000.00 | $35,241.09 | 2.84% | $1,000.00 |
| Tuesday, September 16, 2008 | $1,000.00 | $35,217.25 | 2.84% | $1,000.00 |
| Wednesday, September 17, 2008 | $1,000.00 | $34,898.82 | 2.87% | $1,000.00 |
| Thursday, September 18, 2008 | $1,000.00 | $34,720.79 | 2.88% | $1,000.00 |
| Friday, September 19, 2008 | $1,000.00 | $40,831.77 | 2.45% | $1,000.00 |
| Saturday, September 20, 2008 | $1,000.00 | $40,831.77 | 2.45% | $1,000.00 |
| Sunday, September 21, 2008 | $1,000.00 | $40,831.77 | 2.45% | $1,000.00 |
| Monday, September 22, 2008 | $1,000.00 | $39,178.04 | 2.55% | $1,000.00 |
| Tuesday, September 23, 2008 | $1,000.00 | $38,493.05 | 2.60% | $1,000.00 |
| Wednesday, September 24, 2008 | $1,000.00 | $38,451.52 | 2.60% | $1,000.00 |
| Thursday, September 25, 2008 | $2,500.00 | $37,589.19 | 6.65% | $2,500.00 |
| Friday, September 26, 2008 | $2,500.00 | $36,600.50 | 6.83% | $2,500.00 |
| Saturday, September 27, 2008 | $2,500.00 | $36,600.50 | 6.83% | $2,500.00 |
| Sunday, September 28, 2008 | $2,500.00 | $36,600.50 | 6.83% | $2,500.00 |
| Monday, September 29, 2008 | $2,500.00 | $31,932.04 | 7.83% | $2,500.00 |
| Tuesday, September 30, 2008 | $2,500.00 | $34,057.84 | 7.34% | $2,500.00 |
| Wednesday, October 1, 2008 | $2,500.00 | $35,087.04 | 7.13% | $2,500.00 |
| Thursday, October 2, 2008 | $2,500.00 | $34,159.08 | 7.32% | $2,500.00 |
| Friday, October 3, 2008 | $2,500.00 | $35,262.68 | 7.09% | $2,500.00 |
| Saturday, October 4, 2008 | $2,500.00 | $35,262.68 | 7.09% | $2,500.00 |
| Sunday, October 5, 2008 | $2,500.00 | $35,262.68 | 7.09% | $2,500.00 |
| Monday, October 6, 2008 | $2,500.00 | $31,259.60 | 8.00% | $2,500.00 |
| Tuesday, October 7, 2008 | $2,500.00 | $32,643.03 | 7.66% | $2,500.00 |
| Wednesday, October 8, 2008 | $2,500.00 | $28,521.86 | 8.77% | $2,500.00 |
| Thursday, October 9, 2008 | $2,500.00 | $28,421.91 | 8.80% | $2,500.00 |
| Friday, October 10, 2008 | $2,500.00 | $24,134.76 | 10.36% | $2,500.00 |
| Saturday, October 11, 2008 | $2,500.00 | $24,134.76 | 10.36% | $2,500.00 |
| Sunday, October 12, 2008 | $2,500.00 | $24,134.76 | 10.36% | $2,500.00 |
| Monday, October 13, 2008 | $2,500.00 | $29,539.51 | 8.46% | $2,500.00 |
| Tuesday, October 14, 2008 | $2,500.00 | $32,925.98 | 7.59% | $2,500.00 |
| Wednesday, October 15, 2008 | $2,500.00 | $28,858.12 | 8.66% | $2,500.00 |
| Thursday, October 16, 2008 | $2,500.00 | $24,885.72 | 10.05% | $2,500.00 |
| Friday, October 17, 2008 | $2,500.00 | $26,620.94 | 9.39% | $2,500.00 |
| Saturday, October 18, 2008 | $2,500.00 | $26,620.94 | 9.39% | $2,500.00 |
| Sunday, October 19, 2008 | $2,500.00 | $26,620.94 | 9.39% | $2,500.00 |
| Monday, October 20, 2008 | $2,500.00 | $27,514.18 | 9.09% | $2,500.00 |
| Tuesday, October 21, 2008 | $2,500.00 | $24,878.00 | 10.05% | $2,500.00 |

| Date | | | | |
|---|---|---|---|---|
| Wednesday, October 22, 2008 | $2,500.00 | $21,937.26 | 11.40% | $2,500.00 |
| Thursday, October 23, 2008 | $2,500.00 | $20,583.77 | 12.15% | $2,500.00 |
| Friday, October 24, 2008 | $2,500.00 | $17,095.66 | 14.62% | $2,500.00 |
| Saturday, October 25, 2008 | $2,500.00 | $17,095.66 | 14.62% | $2,500.00 |
| Sunday, October 26, 2008 | $2,500.00 | $17,095.66 | 14.62% | $2,500.00 |
| Monday, October 27, 2008 | $2,500.00 | $15,153.66 | 16.50% | $2,500.00 |
| Tuesday, October 28, 2008 | $2,500.00 | $15,520.69 | 16.11% | $2,500.00 |
| Wednesday, October 29, 2008 | $2,500.00 | $21,262.95 | 11.76% | $2,500.00 |
| Thursday, October 30, 2008 | $2,500.00 | $22,492.46 | 11.11% | $2,500.00 |
| Friday, October 31, 2008 | $2,500.00 | $23,369.66 | 10.70% | $2,500.00 |
| Saturday, November 1, 2008 | $2,500.00 | $23,369.66 | 10.70% | $2,500.00 |
| Sunday, November 2, 2008 | $2,500.00 | $23,369.66 | 10.70% | $2,500.00 |
| Monday, November 3, 2008 | $2,500.00 | $22,645.48 | 11.04% | $2,500.00 |
| Tuesday, November 4, 2008 | $2,500.00 | $24,311.38 | 10.28% | $2,500.00 |
| Wednesday, November 5, 2008 | $2,500.00 | $23,316.10 | 10.72% | $2,500.00 |
| Thursday, November 6, 2008 | $2,850.00 | $21,312.99 | 13.37% | $2,850.00 |
| Friday, November 7, 2008 | $2,850.00 | $21,096.07 | 13.51% | $2,850.00 |
| Saturday, November 8, 2008 | $2,850.00 | $21,096.07 | 13.51% | $2,850.00 |
| Sunday, November 9, 2008 | $2,850.00 | $21,096.07 | 13.51% | $2,850.00 |
| Monday, November 10, 2008 | $2,850.00 | $19,949.28 | 14.29% | $2,850.00 |
| Tuesday, November 11, 2008 | $2,850.00 | $18,899.74 | 15.08% | $2,850.00 |
| Wednesday, November 12, 2008 | $2,850.00 | $17,087.59 | 16.68% | $2,850.00 |
| Thursday, November 13, 2008 | $2,850.00 | $15,267.46 | 18.67% | $2,850.00 |
| Friday, November 14, 2008 | $2,850.00 | $16,385.00 | 17.39% | $2,850.00 |
| Saturday, November 15, 2008 | $2,850.00 | $16,385.00 | 17.39% | $2,850.00 |
| Sunday, November 16, 2008 | $2,850.00 | $16,385.00 | 17.39% | $2,850.00 |
| Monday, November 17, 2008 | $2,850.00 | $15,460.41 | 18.43% | $2,850.00 |
| Tuesday, November 18, 2008 | $2,850.00 | $15,693.52 | 18.16% | $2,850.00 |
| Wednesday, November 19, 2008 | $2,850.00 | $15,778.60 | 18.06% | $2,850.00 |
| Thursday, November 20, 2008 | $2,850.00 | $15,564.11 | 18.31% | $2,850.00 |
| Friday, November 21, 2008 | $2,850.00 | $15,990.54 | 17.82% | $2,850.00 |
| Saturday, November 22, 2008 | $2,850.00 | $15,990.54 | 17.82% | $2,850.00 |
| Sunday, November 23, 2008 | $2,850.00 | $15,990.54 | 17.82% | $2,850.00 |
| Monday, November 24, 2008 | $2,850.00 | $15,674.52 | 18.18% | $2,850.00 |
| Tuesday, November 25, 2008 | $2,850.00 | $18,370.39 | 15.51% | $2,850.00 |
| Wednesday, November 26, 2008 | $2,850.00 | $17,105.19 | 16.66% | $2,850.00 |
| Thursday, November 27, 2008 | $2,850.00 | $19,219.27 | 14.83% | $2,850.00 |
| Friday, November 28, 2008 | $2,850.00 | $21,129.43 | 13.49% | $2,850.00 |
| Saturday, November 29, 2008 | $2,850.00 | $21,129.43 | 13.49% | $2,850.00 |
| Sunday, November 30, 2008 | $2,850.00 | $21,129.43 | 13.49% | $2,850.00 |
| Monday, December 1, 2008 | $2,850.00 | $17,557.03 | 16.23% | $2,850.00 |
| Tuesday, December 2, 2008 | $2,850.00 | $18,227.75 | 15.64% | $2,850.00 |
| Wednesday, December 3, 2008 | $2,850.00 | $18,348.25 | 15.53% | $2,850.00 |
| Thursday, December 4, 2008 | $2,850.00 | $18,260.43 | 15.61% | $2,850.00 |
| Friday, December 5, 2008 | $2,850.00 | $18,257.51 | 15.61% | $2,850.00 |
| Saturday, December 6, 2008 | $2,850.00 | $18,257.51 | 15.61% | $2,850.00 |
| Sunday, December 7, 2008 | $2,850.00 | $18,257.51 | 15.61% | $2,850.00 |
| Monday, December 8, 2008 | $2,850.00 | $19,055.86 | 14.96% | $2,850.00 |
| Tuesday, December 9, 2008 | $2,850.00 | $19,250.13 | 14.81% | $2,850.00 |
| Wednesday, December 10, 2008 | $2,850.00 | $18,120.32 | 15.73% | $2,850.00 |
| Thursday, December 11, 2008 | $2,850.00 | $19,138.60 | 14.89% | $2,850.00 |

| Date | | | | |
|---|---|---|---|---|
| Friday, December 12, 2008 | $2,850.00 | $18,131.81 | 15.72% | $2,850.00 |
| Saturday, December 13, 2008 | $2,850.00 | $18,131.81 | 15.72% | $2,850.00 |
| Sunday, December 14, 2008 | $2,850.00 | $18,131.81 | 15.72% | $2,850.00 |
| Monday, December 15, 2008 | $2,850.00 | $18,657.32 | 15.28% | $2,850.00 |
| Tuesday, December 16, 2008 | $2,850.00 | $18,605.07 | 15.32% | $2,850.00 |
| Wednesday, December 17, 2008 | $2,850.00 | $19,173.14 | 14.86% | $2,850.00 |
| Thursday, December 18, 2008 | $2,850.00 | $21,225.74 | 13.43% | $2,850.00 |
| Friday, December 19, 2008 | $2,850.00 | $20,841.61 | 13.67% | $2,850.00 |
| Saturday, December 20, 2008 | $2,850.00 | $20,841.61 | 13.67% | $2,850.00 |
| Sunday, December 21, 2008 | $2,850.00 | $20,841.61 | 13.67% | $2,850.00 |
| Monday, December 22, 2008 | $2,850.00 | $21,101.59 | 13.51% | $2,850.00 |
| Tuesday, December 23, 2008 | $2,850.00 | $21,407.46 | 13.31% | $2,850.00 |
| Wednesday, December 24, 2008 | $2,850.00 | $21,012.17 | 13.56% | $2,850.00 |
| Thursday, December 25, 2008 | $2,850.00 | $21,012.17 | 13.56% | $2,850.00 |
| Friday, December 26, 2008 | $2,850.00 | $21,012.17 | 13.56% | $2,850.00 |
| Saturday, December 27, 2008 | $2,850.00 | $21,012.17 | 13.56% | $2,850.00 |
| Sunday, December 28, 2008 | $2,850.00 | $21,012.17 | 13.56% | $2,850.00 |
| Monday, December 29, 2008 | $2,850.00 | $22,315.66 | 12.77% | $2,850.00 |
| Tuesday, December 30, 2008 | $2,850.00 | $22,783.93 | 12.51% | $2,850.00 |
| Wednesday, December 31, 2008 | $2,850.00 | $24,176.03 | 11.79% | $2,850.00 |
| Thursday, January 1, 2009 | $2,850.00 | $24,176.03 | 11.79% | $2,850.00 |
| Friday, January 2, 2009 | $2,850.00 | $23,836.16 | 11.96% | $2,850.00 |
| Saturday, January 3, 2009 | $2,850.00 | $23,836.16 | 11.96% | $2,850.00 |
| Sunday, January 4, 2009 | $2,850.00 | $23,836.16 | 11.96% | $2,850.00 |
| Monday, January 5, 2009 | $2,850.00 | $25,600.92 | 11.13% | $2,850.00 |
| Tuesday, January 6, 2009 | $2,850.00 | $28,284.75 | 10.08% | $2,850.00 |
| Wednesday, January 7, 2009 | $2,850.00 | $26,496.34 | 10.76% | $2,850.00 |
| Thursday, January 8, 2009 | $2,850.00 | $24,792.78 | 11.50% | $2,850.00 |
| Friday, January 9, 2009 | $2,850.00 | $24,882.41 | 11.45% | $2,850.00 |
| Saturday, January 10, 2009 | $2,850.00 | $24,882.41 | 11.45% | $2,850.00 |
| Sunday, January 11, 2009 | $2,850.00 | $24,882.41 | 11.45% | $2,850.00 |
| Monday, January 12, 2009 | $2,850.00 | $24,681.02 | 11.55% | $2,850.00 |
| Tuesday, January 13, 2009 | $2,850.00 | $23,017.60 | 12.38% | $2,850.00 |
| Wednesday, January 14, 2009 | $2,850.00 | $20,599.92 | 13.84% | $2,850.00 |
| Thursday, January 15, 2009 | $2,550.00 | $21,196.19 | 12.03% | $2,550.00 |
| Friday, January 16, 2009 | $2,550.00 | $21,348.34 | 11.94% | $2,550.00 |
| Saturday, January 17, 2009 | $2,550.00 | $21,348.34 | 11.94% | $2,550.00 |
| Sunday, January 18, 2009 | $2,550.00 | $21,348.34 | 11.94% | $2,550.00 |
| Monday, January 19, 2009 | $2,550.00 | $19,402.68 | 13.14% | $2,550.00 |
| Tuesday, January 20, 2009 | $2,550.00 | $18,303.38 | 13.93% | $2,550.00 |
| Wednesday, January 21, 2009 | $2,550.00 | $19,950.69 | 12.78% | $2,550.00 |
| Thursday, January 22, 2009 | $2,550.00 | $21,041.01 | 12.12% | $2,550.00 |
| Friday, January 23, 2009 | $2,550.00 | $19,590.97 | 13.02% | $2,550.00 |
| Saturday, January 24, 2009 | $2,550.00 | $19,590.97 | 13.02% | $2,550.00 |
| Sunday, January 25, 2009 | $2,550.00 | $19,590.97 | 13.02% | $2,550.00 |
| Monday, January 26, 2009 | $2,550.00 | $20,995.43 | 12.15% | $2,550.00 |
| Tuesday, January 27, 2009 | $2,550.00 | $21,446.88 | 11.89% | $2,550.00 |
| Wednesday, January 28, 2009 | $2,550.00 | $23,871.91 | 10.68% | $2,550.00 |
| Thursday, January 29, 2009 | $2,000.00 | $22,861.54 | 8.75% | $2,000.00 |
| Friday, January 30, 2009 | $2,000.00 | $24,021.57 | 8.33% | $2,000.00 |
| Saturday, January 31, 2009 | $2,000.00 | $24,021.57 | 8.33% | $2,000.00 |

| Date | | | | |
|---|---|---|---|---|
| Sunday, February 1, 2009 | $2,000.00 | $24,021.57 | 8.33% | $2,000.00 |
| Monday, February 2, 2009 | $2,000.00 | $22,440.68 | 8.91% | $2,000.00 |
| Tuesday, February 3, 2009 | $2,000.00 | $23,153.43 | 8.64% | $2,000.00 |
| Wednesday, February 4, 2009 | $2,000.00 | $23,995.58 | 8.33% | $2,000.00 |
| Thursday, February 5, 2009 | $2,000.00 | $23,799.55 | 8.40% | $2,000.00 |
| Friday, February 6, 2009 | $2,000.00 | $24,037.81 | 8.32% | $2,000.00 |
| Saturday, February 7, 2009 | $2,000.00 | $24,037.81 | 8.32% | $2,000.00 |
| Sunday, February 8, 2009 | $2,000.00 | $24,037.81 | 8.32% | $2,000.00 |
| Monday, February 9, 2009 | $2,000.00 | $25,337.31 | 7.89% | $2,000.00 |
| Tuesday, February 10, 2009 | $2,000.00 | $23,449.16 | 8.53% | $2,000.00 |
| Wednesday, February 11, 2009 | $2,000.00 | $22,430.64 | 8.92% | $2,000.00 |
| Thursday, February 12, 2009 | $2,000.00 | $22,019.70 | 9.08% | $2,000.00 |
| Friday, February 13, 2009 | $2,000.00 | $21,563.92 | 9.27% | $2,000.00 |
| Saturday, February 14, 2009 | $2,000.00 | $21,563.92 | 9.27% | $2,000.00 |
| Sunday, February 15, 2009 | $2,000.00 | $21,563.92 | 9.27% | $2,000.00 |
| Monday, February 16, 2009 | $2,000.00 | $21,064.31 | 9.49% | $2,000.00 |
| Tuesday, February 17, 2009 | $2,000.00 | $19,151.22 | 10.44% | $2,000.00 |
| Wednesday, February 18, 2009 | $2,000.00 | $18,603.90 | 10.75% | $2,000.00 |
| Thursday, February 19, 2009 | $2,000.00 | $18,745.20 | 10.67% | $2,000.00 |
| Friday, February 20, 2009 | $2,000.00 | $17,891.24 | 11.18% | $2,000.00 |
| Saturday, February 21, 2009 | $2,000.00 | $17,891.24 | 11.18% | $2,000.00 |
| Sunday, February 22, 2009 | $2,000.00 | $17,891.24 | 11.18% | $2,000.00 |
| Monday, February 23, 2009 | $2,000.00 | $18,206.76 | 10.98% | $2,000.00 |
| Tuesday, February 24, 2009 | $2,000.00 | $17,845.31 | 11.21% | $2,000.00 |
| Wednesday, February 25, 2009 | $2,000.00 | $18,184.70 | 11.00% | $2,000.00 |
| Thursday, February 26, 2009 | $2,200.00 | $18,469.05 | 11.91% | $2,200.00 |
| Friday, February 27, 2009 | $2,200.00 | $18,064.04 | 12.18% | $2,200.00 |
| Saturday, February 28, 2009 | $2,200.00 | $18,064.04 | 12.18% | $2,200.00 |
| Sunday, March 1, 2009 | $2,200.00 | $18,064.04 | 12.18% | $2,200.00 |
| Monday, March 2, 2009 | $2,200.00 | $15,611.51 | 14.09% | $2,200.00 |
| Tuesday, March 3, 2009 | $2,200.00 | $16,788.57 | 13.10% | $2,200.00 |
| Wednesday, March 4, 2009 | $2,200.00 | $19,414.01 | 11.33% | $2,200.00 |
| Thursday, March 5, 2009 | $2,200.00 | $19,152.30 | 11.49% | $2,200.00 |
| Friday, March 6, 2009 | $2,200.00 | $20,135.77 | 10.93% | $2,200.00 |
| Saturday, March 7, 2009 | $2,200.00 | $20,135.77 | 10.93% | $2,200.00 |
| Sunday, March 8, 2009 | $2,200.00 | $20,135.77 | 10.93% | $2,200.00 |
| Monday, March 9, 2009 | $2,200.00 | $19,650.75 | 11.20% | $2,200.00 |
| Tuesday, March 10, 2009 | $2,200.00 | $21,152.15 | 10.40% | $2,200.00 |
| Wednesday, March 11, 2009 | $2,200.00 | $20,906.35 | 10.52% | $2,200.00 |
| Thursday, March 12, 2009 | $2,200.00 | $21,382.14 | 10.29% | $2,200.00 |
| Friday, March 13, 2009 | $2,200.00 | $22,691.01 | 9.70% | $2,200.00 |
| Saturday, March 14, 2009 | $2,200.00 | $22,691.01 | 9.70% | $2,200.00 |
| Sunday, March 15, 2009 | $2,200.00 | $22,691.01 | 9.70% | $2,200.00 |
| Monday, March 16, 2009 | $2,200.00 | $22,729.53 | 9.68% | $2,200.00 |
| Tuesday, March 17, 2009 | $2,200.00 | $22,725.45 | 9.68% | $2,200.00 |
| Wednesday, March 18, 2009 | $2,200.00 | $22,572.06 | 9.75% | $2,200.00 |
| Thursday, March 19, 2009 | $2,200.00 | $25,064.65 | 8.78% | $2,200.00 |
| Friday, March 20, 2009 | $2,200.00 | $24,559.84 | 8.96% | $2,200.00 |
| Saturday, March 21, 2009 | $2,200.00 | $24,559.84 | 8.96% | $2,200.00 |
| Sunday, March 22, 2009 | $2,200.00 | $24,559.84 | 8.96% | $2,200.00 |
| Monday, March 23, 2009 | $2,200.00 | $25,525.85 | 8.62% | $2,200.00 |

| Date | | | | |
|---|---|---|---|---|
| Tuesday, March 24, 2009 | $2,200.00 | $25,650.62 | 8.58% | $2,200.00 |
| Wednesday, March 25, 2009 | $2,200.00 | $24,567.17 | 8.96% | $2,200.00 |
| Thursday, March 26, 2009 | $2,200.00 | $24,101.50 | 9.13% | $2,200.00 |
| Friday, March 27, 2009 | $2,200.00 | $23,443.00 | 9.38% | $2,200.00 |
| Saturday, March 28, 2009 | $2,200.00 | $23,443.00 | 9.38% | $2,200.00 |
| Sunday, March 29, 2009 | $2,200.00 | $23,443.00 | 9.38% | $2,200.00 |
| Monday, March 30, 2009 | $2,200.00 | $21,509.64 | 10.23% | $2,200.00 |
| Tuesday, March 31, 2009 | $2,200.00 | $23,508.92 | 9.36% | $2,200.00 |
| Wednesday, April 1, 2009 | $2,200.00 | $24,081.74 | 9.14% | $2,200.00 |
| Thursday, April 2, 2009 | $2,200.00 | $28,551.91 | 7.71% | $2,200.00 |
| Friday, April 3, 2009 | $2,200.00 | $28,042.65 | 7.85% | $2,200.00 |
| Saturday, April 4, 2009 | $2,200.00 | $28,042.65 | 7.85% | $2,200.00 |
| Sunday, April 5, 2009 | $2,200.00 | $28,042.65 | 7.85% | $2,200.00 |
| Monday, April 6, 2009 | $2,200.00 | $26,805.22 | 8.21% | $2,200.00 |
| Tuesday, April 7, 2009 | $2,200.00 | $25,169.17 | 8.74% | $2,200.00 |
| Wednesday, April 8, 2009 | $2,200.00 | $25,688.33 | 8.56% | $2,200.00 |
| Thursday, April 9, 2009 | $1,400.00 | $27,372.18 | 5.11% | $1,400.00 |
| Friday, April 10, 2009 | $1,400.00 | $27,372.18 | 5.11% | $1,400.00 |
| Saturday, April 11, 2009 | $1,400.00 | $27,372.18 | 5.11% | $1,400.00 |
| Sunday, April 12, 2009 | $1,400.00 | $27,372.18 | 5.11% | $1,400.00 |
| Monday, April 13, 2009 | $1,400.00 | $27,372.18 | 5.11% | $1,400.00 |
| Tuesday, April 14, 2009 | $1,400.00 | $28,997.46 | 4.83% | $1,400.00 |
| Wednesday, April 15, 2009 | $1,400.00 | $28,441.01 | 4.92% | $1,400.00 |
| Thursday, April 16, 2009 | $1,400.00 | $28,337.49 | 4.94% | $1,400.00 |
| Friday, April 17, 2009 | $1,400.00 | $28,153.81 | 4.97% | $1,400.00 |
| Saturday, April 18, 2009 | $1,400.00 | $28,153.81 | 4.97% | $1,400.00 |
| Sunday, April 19, 2009 | $1,400.00 | $28,153.81 | 4.97% | $1,400.00 |
| Monday, April 20, 2009 | $1,400.00 | $26,017.94 | 5.38% | $1,400.00 |
| Tuesday, April 21, 2009 | $1,400.00 | $26,528.17 | 5.28% | $1,400.00 |
| Wednesday, April 22, 2009 | $1,400.00 | $27,354.47 | 5.12% | $1,400.00 |
| Thursday, April 23, 2009 | $1,100.00 | $26,877.99 | 4.09% | $1,100.00 |
| Friday, April 24, 2009 | $1,100.00 | $27,531.03 | 4.00% | $1,100.00 |
| Saturday, April 25, 2009 | $1,100.00 | $27,531.03 | 4.00% | $1,100.00 |
| Sunday, April 26, 2009 | $1,100.00 | $27,531.03 | 4.00% | $1,100.00 |
| Monday, April 27, 2009 | $1,100.00 | $26,443.58 | 4.16% | $1,100.00 |
| Tuesday, April 28, 2009 | $1,100.00 | $25,782.53 | 4.27% | $1,100.00 |
| Wednesday, April 29, 2009 | $1,100.00 | $28,040.14 | 3.92% | $1,100.00 |
| Thursday, April 30, 2009 | $1,100.00 | $29,674.59 | 3.71% | $1,100.00 |
| Friday, May 1, 2009 | $1,100.00 | $29,943.99 | 3.67% | $1,100.00 |
| Saturday, May 2, 2009 | $1,100.00 | $29,943.99 | 3.67% | $1,100.00 |
| Sunday, May 3, 2009 | $1,100.00 | $29,943.99 | 3.67% | $1,100.00 |
| Monday, May 4, 2009 | $1,100.00 | $29,943.99 | 3.67% | $1,100.00 |
| Tuesday, May 5, 2009 | $1,100.00 | $32,997.28 | 3.33% | $1,100.00 |
| Wednesday, May 6, 2009 | $1,100.00 | $35,948.16 | 3.06% | $1,100.00 |
| Thursday, May 7, 2009 | $1,100.00 | $35,833.45 | 3.07% | $1,100.00 |
| Friday, May 8, 2009 | $1,100.00 | $36,971.63 | 2.98% | $1,100.00 |
| Saturday, May 9, 2009 | $1,100.00 | $36,971.63 | 2.98% | $1,100.00 |
| Sunday, May 10, 2009 | $1,100.00 | $36,971.63 | 2.98% | $1,100.00 |
| Monday, May 11, 2009 | $1,100.00 | $34,484.35 | 3.19% | $1,100.00 |
| Tuesday, May 12, 2009 | $1,100.00 | $34,086.79 | 3.23% | $1,100.00 |
| Wednesday, May 13, 2009 | $1,100.00 | $31,851.74 | 3.45% | $1,100.00 |

| | | | | |
|---|---|---|---|---|
| Thursday, May 14, 2009 | $1,100.00 | $34,527.66 | 3.19% | $1,100.00 |
| Friday, May 15, 2009 | $1,100.00 | $33,870.76 | 3.25% | $1,100.00 |
| Saturday, May 16, 2009 | $1,100.00 | $33,870.76 | 3.25% | $1,100.00 |
| Sunday, May 17, 2009 | $1,100.00 | $33,870.76 | 3.25% | $1,100.00 |
| Monday, May 18, 2009 | $1,100.00 | $37,104.36 | 2.96% | $1,100.00 |
| Tuesday, May 19, 2009 | $1,100.00 | $37,706.19 | 2.92% | $1,100.00 |
| Wednesday, May 20, 2009 | $1,100.00 | $37,469.19 | 2.94% | $1,100.00 |
| Thursday, May 21, 2009 | $700.00 | $36,347.49 | 1.93% | $700.00 |
| Friday, May 22, 2009 | $700.00 | $36,627.27 | 1.91% | $700.00 |
| Saturday, May 23, 2009 | $700.00 | $36,627.27 | 1.91% | $700.00 |
| Sunday, May 24, 2009 | $700.00 | $36,627.27 | 1.91% | $700.00 |
| Monday, May 25, 2009 | $700.00 | $36,627.27 | 1.91% | $700.00 |
| Tuesday, May 26, 2009 | $700.00 | $37,308.71 | 1.88% | $700.00 |
| Wednesday, May 27, 2009 | $700.00 | $38,046.91 | 1.84% | $700.00 |
| Thursday, May 28, 2009 | $700.00 | $37,375.93 | 1.87% | $700.00 |
| Friday, May 29, 2009 | $700.00 | $39,202.18 | 1.79% | $700.00 |
| Saturday, May 30, 2009 | $700.00 | $39,202.18 | 1.79% | $700.00 |
| Sunday, May 31, 2009 | $700.00 | $39,202.18 | 1.79% | $700.00 |
| Monday, June 1, 2009 | $700.00 | $40,334.03 | 1.74% | $700.00 |
| Tuesday, June 2, 2009 | $700.00 | $40,364.62 | 1.73% | $700.00 |
| Wednesday, June 3, 2009 | $700.00 | $39,050.14 | 1.79% | $700.00 |
| Thursday, June 4, 2009 | $0.00 | $38,704.84 | 0.00% | $0.00 |