

## McSweeney Cynkar & Kachouroff, PLLC
### TRIAL & APPELLATE LAWYERS

Patrick M. McSweeney
(804) 937-0895
patrick@mck-lawyers.com

Powhatan Office
3358 John Tree Hill Road
Powhatan, Virginia

June 5, 2024

*By ECF delivery*

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re. U.S. ex rel. Brutus Trading LLC v. Standard Chartered Bank, 18 Civ. 11117 (PAE)

Dear Judge Engelmayer:

      We write respectfully on behalf of Brutus Trading LLC, the relator in the above-referenced action ("Brutus"), in follow-up to the letter motion that Brutus filed on May 31, 2024. In an abundance of caution, Brutus requested that the Court accept the critical evidence in Exhibit K, which I mistakenly referred to as Exhibit J in that letter, underlying its Rule 60(d)(3) motion under seal and permit Brutus to submit Exhibit K to the Clerk using an electronic data storage device. Neither the Government nor Standard Chartered Bank has responded to my May 31, 2024, letter motion, which suggests that neither takes a position on the request.

      Whether the content of Exhibit K should remain under seal is a separate issue. The scheduling order that Your Honor issued today regarding the Rule 60(d)(3) motion does not address our filing request. Because Exhibit K supports Brutus's request to reopen the case and is, therefore, a core component of the record, we respectfully request that the Court enter an order prescribing the method by which Brutus may file the extraordinary amount of electronic data contained in Exhibit K with the Clerk so that the exhibit is included in the record that the parties are to address in the submissions which were ordered today.

The Honorable Paul A. Engelmayer
June 5, 2024
Page Two

We appreciate the Court's consideration of this request.

Respectfully submitted,

Patrick M. McSweeney

Counsel for Brutus Trading, LLC