

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 24, 2024

BY ECF
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States ex rel. Brutus Trading, LLC v. Standard Chartered Bank, et al.*,
    No. 18 Civ. 11117 (PAE)

Dear Judge Engelmayer:

  This Office represents the United States of America (the "Government") in the above-referenced action filed by relator Brutus Trading, LLC ("Relator"), against Standard Chartered Bank pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733. I write in response to Relator's letter, dated June 24, 2024, seeking a pre-motion conference on whether the undersigned should be disqualified in representing the Government in connection with Relator's recent motion to vacate the judgment of dismissal in this case. ECF No. 112. Because Relator's motion to vacate is frivolous, as is its request to conduct discovery in connection with that motion, there is no basis to disqualify counsel for the Government. The undersigned has consulted with the Chief of this Office's Civil Division, Jeffrey Oestericher, who has concluded there is no basis on which to recuse myself in this matter.

  I thank the Court for its ongoing consideration of this matter.

           Respectfully,

           DAMIAN WILLIAMS
           United States Attorney

        By:  ___s/Jean-David Barnea_____
           JEAN-DAVID BARNEA
           Assistant United States Attorney
           Telephone: (212) 637-2679
           Email: Jean-David.Barnea@usdoj.gov

cc:  Counsel for Relator (by ECF)
    Counsel for Defendants (by ECF)