UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA *ex rel.*
BRUTUS TRADING, LLC,

                Plaintiff,                Case No. 18 Civ. 11117 (PAE)

    v.

STANDARD CHARTERED BANK, STANDARD
CHARTERED PLC, and STANDARD
CHARTERED TRADE SERVIICES
CORPORATION,

                Defendants.

------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law, dated June , 2024, and upon all the prior papers and proceedings had herein, relator Brutus Trading, LLC ("Brutus") will move this Court, before the Hon. Paul A. Engelmayer, at the United States District Courthouse located at 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule Evidence 706(a), appointing a neutral, independent expert to assist the Court in analyzing and understanding the electronic transactional data submitted by Brutus in support of its motion to set aside the judgment in this action because plaintiff United States of America (the "Government") committed fraud upon this Court.

PLEASE TAKE FURTHER NOTICE, that pursuant to Federal Rule of Civil Procedure 6, the Government's opposing papers, if any, must be filed by July XX, 2024, and Brutus' reply must be filed by July XX, 2024.

Dated:  July XX, 2024

*Patrick M. McSweeney*

_____

Patrick M. McSweeney
Robert J. Cynkar
McSweeney Cynkar & Kachouroff PLLC
3358 John Tree Hill Road
Powhatan, VA 23139
(804) 937-0895
*Attorneys for Relator Brutus Trading LLC*