UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* BRUTUS TRADING, LLC,

                                            Plaintiffs,

-v-

STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, *and* STANDARD CHARTERED TRADE SERVICES CORPORATION,

                                            Defendants.

18 Civ. 11117 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 25, 2024, the Court received letters from *Jewish Insider* and *WWBT 12 On Your Side* in support of and requesting to join *The Times*'s motion to unseal Exhibit K. *See* Dkt. 144. The Court respectfully directs the Clerk of the Court to publicly file these letters on the docket of this case.

SO ORDERED.

                                                                            *Paul A. Engelmayer*
                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: October 28, 2024
       New York, New York