# JEWISH**INSIDER**

October 25, 2024

Hon. Paul A. Engelmayer
United States District Court
Southern District of NewYork
40 Foley Square, Room 2201
New York, NY 10007

Re: <u>United States of America ex rel. Brutus Trading, LLC v.Standard Chartered Bank, et al.,</u> <u>No. 1:18-cv-11117 (PAE)</u>

Your Honor:

 I write on behalf of *Jewish Insider*, a U.S.-based news outlet, to request access to an exhibit of immense public interest that was filed under seal by Relator Brutus Trading, LLC ("Brutus") in support of its pending Motion to Set Aside Judgment in this proceeding.

 As set forth below in a motion to the Court this past October 7, 2024, *The Times* (London) writes,

 'the press and the public have a presumptive First Amendment and common law right of access to this exhibit, and the parties have not made and cannot make the showing required to overcome this presumption of access.'

 **We support the *The Times* motion to unseal Exhibit K for the reasons noted.  This issue is of immense public interest.**

 For all the reasons outlined by Times Media, we respectfully join and submit that Exhibit K should be unsealed, subject only to whatever narrowly tailored redactions are necessary to protect any truly confidential and private financial information of innocent third parties that is irrelevant to the issues raised in Brutus' Motion.

Respectfully submitted by,

*[signature]*

Matthew Kassel
Features Reporter, *Jewish Insider*
228 Park Ave S. PMB 40660
New York, NY, 10003-1502
(609) 658-2650
matthew@jewishinsider.com